FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 16 PM 3: 26

Frank A. Pfiffner
ABA No. 7505032
HUGHES BAUMAN PFIFFNER
GORSKI & SEEFORF, LLC
550 West Seventh Avenue, Suite 1100
Anchorage, Alaska 99501-3563
Telephone Number:   (907) 274-7522
Facsimile Number:   (907) 263-8320

Attorneys for Defendant
Medivance, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SHAWN KLEMMER and
STEPHANIE KLEMMER,

          Plaintiffs,

vs.

PROVIDENCE HEALTH SYSTEM -
WASHINGTON d/b/a PROVIDENCE
ALASKA MEDICAL CENTER;
KIMBERLY-CLARK CORPORATION,
and MEDIVANCE, INC.,

          Defendants.

Case No. _____ CI

A 05 - 294 - CV

## SERVICE LIST OF ALL PARTIES

COME NOW Defendant Medivance, Inc., by and through counsel, Hughes

Bauman Pfiffner Gorski & Seedorf, LLC, and provides the service list attached hereto as

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Exhibit A, for that certain action that was commenced against defendant in the Superior Court for the State of Alaska at Anchorage, entitled SHAWN KLEMMER and STEPHANIE KLEMMER, Plaintiff, vs. PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC., Defendants; Case No. 3AN-05-7677 Civil.

DATED at Anchorage, Alaska, this 16th day of December, 2005.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant
Medivance, Inc.

By: *[signature]*
Frank A. Pfiffner
ABA No. 7505032

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Certificate of Service

On the **16** day of December, 2005, a true and correct copy of the foregoing was ☒ mailed ☐ hand-delivered ☐ faxed to:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501

_/s/ Annette R. Cartier_
Annette R. Cartier

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

## EXHIBIT A

SHAWN KLEMMER and STEPHANIE KLEMMER, Plaintiffs,

vs.

PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK; CORPORATION, and MEDIVANCE, INC., Defendants.

Case No. 3AN-05-7677 Civil


Plaintiffs SHAWN KLEMMER and STEPHANIE KLEMMER:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914


Defendant PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER:

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501


Defendant KIMBERLY-CLARK CORPORATION:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

UGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
NCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*SERVICE LIST OF ALL PARTIES - EXHIBIT A*
*Klemmer v. Providence Health System, et al.*
*(8983-1/240805)*          Page 1 of 2

Defendant MEDIVANCE, INC.:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907 263-8320

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

**SERVICE LIST OF ALL PARTIES - EXHIBIT A**
*Klemmer v. Providence Health System, et al.*
*(8983-1/240805)*                                    **Page 2 of 2**