FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 16 PM 3: 26

Frank A. Pfiffner
ABA No. 7505032
HUGHES BAUMAN PFIFFNER
GORSKI & SEEFORF, LLC
550 West Seventh Avenue, Suite 1100
Anchorage, Alaska 99501-3563
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendant
Medivance, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.,<br><br>Defendants. | A 05 - 294 - CV<br>Case No. _____ CI |

**DEMAND FOR JURY TRIAL**

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

COME NOW defendant MEDIVANCE, INC. by and through its attorneys, HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC, and hereby demand a jury trial of all issues so triable.

DATED at Anchorage, Alaska, this 16th day of December, 2005.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant
Medivance, Inc.

By: _____
Frank A. Pfiffner
ABA No. 7505032

Certificate of Service

On the 16 day of December, 2005,
a true and correct copy of the
foregoing was [X] mailed
[ ] hand-delivered [ ] faxed to:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501

_____
Annette R. Cartier

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

**DEMAND FOR JURY TRIAL**
*Klemmer v. Providence Health System, et al.*
(8983-1/240805)                                     Page 2 of 2