FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 16 PM 3: 26

Frank A. Pfiffner
ABA No. 7505032
HUGHES BAUMAN PFIFFNER
GORSKI & SEEFORF, LLC
550 West Seventh Avenue, Suite 1100
Anchorage, Alaska 99501-3563
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendant
Medivance, Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>A 0 5 - 2 9 4 - CV<br>Case No. _____ CI |

### FRCP 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 defendant, Medivance, Inc.

hereby states that it has no parent corporation but has shareholders who own 10% or more

HUGHES BAUMAN PFIFFNER
GORSKI & SEEFORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

FRCP 7.1 DISCLOSURE STATEMENT
Klemmer v.Providence Health System, et al.
(8983-1/240977)                              Page 1 of 3

of the outstanding stock of Medivance, Inc. Those shareholders, which are not publicly traded companies, are as follows:

| Kimberly-Clark Ventures, LLC<br>1400 Holcomb Bridge Road, Building 100<br>Roswell, GA 30076 | Cross Atlantic Partners<br>551 Madison Avenue, 7th Floor<br>New York, NY 10022 |
|---|---|
| Partisan Management Group, et al.<br>293 Pearl Street<br>Boulder, CO 80302 | Camden Partners Strategic Funds<br>1 South Street, Suite 2150<br>Baltimore, MD 21202 |
| Skyline Ventures Partners<br>125 University Avenue<br>Palo Alto, CA 94301 | |

DATED at Anchorage, Alaska, this  16th day of December, 2005.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant
Medivance, Inc.

By: *[signature]*
Frank A. Pfiffner
ABA No. 7505032

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Certificate of Service

On the 16 day of December, 2005, a true and correct copy of the foregoing was ☒ mailed ☐ hand-delivered ☐ faxed to:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501

_____
Annette R. Cartier

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

**FRCP 7.1 DISCLOSURE STATEMENT**
*Klemmer v.Providence Health System, et al.*
*(8983-1/240977)*                              Page 3 of 3