Frank A. Pfiffner
ABA No. 7505032
HUGHES BAUMAN PFIFFNER
GORSKI & SEEFORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number:   (907) 274-7522
Facsimile Number:   (907) 263-8320

Attorneys for Defendant
Medivance, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>                Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.<br><br>                Defendants. | Case No. A05-294 CV (RRB) |

## NOTICE OF FILING

Pursuant to the court's order dated December 21, 2005, defendant Medivance, Inc. hereby provides notice to the court that copies of all records and

*NOTICE OF FILING*
*Klemmer v. Providence Health System, et al.*
*Case No. A05-0294 CV (RRB)*
*(8983-1/241323)*                    Page 1 of 3

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

proceedings in the state court have been filed with the Notice of Removal and are identified in the Notice in paragraphs 7A-V. The documents referenced in paragraphs 7A-E of the Notice of Removal are dated May 6, 2005. The dates for the remaining document from the state court are set forth in paragraphs 7F-V of the Notice of Removal.

A service list of all parties, including counsel of record, was filed with the court on December 16, 2005, with the Notice of Removal.

DATED at Anchorage, Alaska, this 3rd day of January, 2006.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Attorneys for Defendant
> Medivance, Inc.
>
> By: *[signature]*
> Frank A. Pfiffner
> ABA No. 7505032

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Certificate of Service

On the 3rd day of January, 2006, a true and correct copy of the foregoing was ☒ mailed ☐ hand-delivered ☐ faxed to:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501

_____
Amanda C. Keough

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

NOTICE OF FILING
*Klemmer v. Providence Health System, et al.*
Case No. A05-0294 CV (RRB)
(8983-1/241323)                    Page 3 of 3