Donna J. McCready
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8235

Attorneys for Shawn and Stephanie Klemmer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>        Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM-WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.,<br><br>        Defendants. | Case No. 3:05-CV-294-RRB<br><br>**SCHEDULING AND PLANNING CONFERENCE REPORT** |

1. **Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held on January 24, 2006 and was attended by:

    Donna J. McCready      Attorney for Plaintiff, Shawn Klemmer

    James D. Gilmore       Attorney for Defendants, Providence Health System-Washington d/b/a Providence Alaska Medical Center

| | |
|---|---|
| Frank A. Pfiffner | Attorney for Defendants, Medivance, Inc. |
| Mike Geraghty | Attorney for Defendants, Kimberly-Clark Corporation |

The parties recommend the following:

2. **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

☐   have been exchanged by the parties

☒   will be exchanged by the parties by February 28, 2006

Proposed changes to disclosure requirements: (insert any)

Preliminary Witness Lists:

☐   have been exchanged by the parties

☒   will be exchanged by the parties by February 28, 2006

3.   **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

A.   Liability:

Was Providence negligent in using the Arctic Sun Temperature Management System (Arctic Sun) during Mr. Klemmer's surgery when it apparently knew the equipment could cause burns on a patient during a procedure lasting greater than 8 hours.

Was Providence negligent in the manner in which it inspected and/or modified and/or upgraded the Artic Sun, close in time to Mr. Klemmer's surgery.

Was Providence negligent in training its staff on the use of the Arctic Sun.

Was the Arctic Sun that was supplied to Providence by Medivance defective when it left the possession of Medivance.

Did the product upgrade sold/rented/supplied to Providence in September 2003 and accomplished by Providence employees/agents with the assistance of Kimberly-Clark cause the product to be defective.

Did Medivance/Kimberly Clark fail to warn Providence that the Arctic Sun could cause full thickness burns on patients.

Was Medivance/Kimberly Clark negligent in designing and/or manufacturing the Arctic Sun 100.

Defenses and affirmative defenses raised by Defendants in their Answers.

B. Causation

C. Damages:

What are Mr. and Mrs. Klemmers' damages.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

A. Discovery will be needed on the following issues:

Liability and Damages.

B. All discovery commenced in time to be completed by **December 15th, 2006**.

C. Limitations on Discovery.

1. Interrogatories:

☒ no change from F.R.Civ.P. 33(a)

☐ maximum of ___ by each party to any other party

Responses due in ____ days

2. Requests for Admission:

☒ no change from F.R.Civ.P. 36(a)

☐ maximum of ___ requests

Responses due in ___ days

3. Depositions:

☒ no change from F.R.Civ.P. 36(a), (d)

☐ maximum of ___ deposition by each party

Depositions not to exceed ___ hours unless agreed to by all parties.

D. Reports from retained experts.

☒ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

☐ Reports due:

From Plaintiff: September 1, 2006

From Defendant: September 1, 2006

E. Supplementation of disclosures and discovery responses are to be made:

☐ Periodically at 60-day intervals from the entry of scheduling and planning order.

☒ As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

☒ 45 days prior to the close of discovery.

SCHEDULING AND PLANNING CONFERENCE REPORT
*Klemmer v. Providence et al.;* Case No. 3:05-CV-294-RRB

☐ Not later than _____

5. **Pretrial Motions**.

☐ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak.LR 16.1(c). [Check and complete all that apply]

☒ Parties stipulate that pleadings can be amended or parties added without motion to be filed no later than 30 days after the date of the Court's Order regarding case scheduling and planning.

☐ Motions under the discovery rules must be filed no later than __(no change from D.Ak.LR 16.1(c))__.

☐ Motions in limine and dispositive motions must be filed no later than __(no change from D.Ak.LR 16.1(c))__.

6. **Other Provisions:**

A. ☒ The parties do not request a conference with the court before the entry of the scheduling order.

☐ The parties request a scheduling conference with the court on the following issues:


B. ☒ Alternative Dispute Resolution [D.Ak. LR 16.2]

☐ This matter is not considered a candidate for court-annexed alternative dispute resolution.

☒ The parties will file a request for alternative dispute resolution not later than June 30, 2006.

SCHEDULING AND PLANNING CONFERENCE REPORT
*Klemmer v. Providence et al.;* Case No. 3:05-CV-294-RRB

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

☒ Mediation     ☐ Early Neutral Evaluation

C.  The parties ☐ do ☒ do not consent to trial before a magistrate judge.

**D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1**

☐ All parties have complied

☐ Compliance not required by any party

The parties will comply within 30 days of the date of the Court's Order regarding case scheduling and planning.

7.  **Trial.**

   A.  The matter will be ready for trial:

   ☒ 45 days after the discovery close date

   ☐ not later than _____

   B.  This matter is expected to take 6 days to try.

   C.  Jury Demanded ☒ yes ☐ no

   Right to jury trial disputed ☐ yes ☒ no

   ASHBURN & MASON, P.C.
   Attorneys for Plaintiff

   /s/  Donna J. McCready
   1130 West Sixth Avenue, Suite 100
   Anchorage, Alaska 99501
   Phone: (907) 276-4331
   Fax: (907) 277-8235
   E-mail: djm@anchorlaw.com
   Alaska Bar No. 9101003

GILMORE & DOHERTY
Attorneys for Defendant, Providence Health System – Washington d/b/a Providence Alaska Medical Center

DATED: 1/27/06

By: *[signature]*
James Gilmore
Alaska Bar No. 6702007

DeLISIO MORAN GERAGHTY & ZOBEL
Attorneys for Defendant, Kimberly-Clark Corporation

/s/   Michael C. Geraghty
943 W. Sixth Avenue
Anchorage, AK 99501
Phone: (907) 279-9574
Fax: (907) 276-4231
E-mail: mgeraghty@dmgz.com
Alaska Bar No. 7811097

HUGHES BAUMAN PFIFFNER GORSKI & SEEFORF, LLC
Attorneys for Defendant, Medivance, Inc.

/s/   Frank A. Pfiffner
550 W. 7th Avenue, Suite 1100
Anchorage, AK 99501
Phone: (907) 263-8241
Fax: (907) 263-8320
Email: fap@hbplaw.net
Alaska Bar No. 7505032

ASHBURN & MASON P.C.
LAWYERS
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501-5914
Tel 907.276.4331 • Fax 907.277.8235

SCHEDULING AND PLANNING CONFERENCE REPORT
*Klemmer v. Providence et al.*; Case No. 3:05-CV-294-RRB                Page 7 of 8

## CERTIFICATE OF SERVICE

I hereby certify that on 24th day of January, 2006, a copy of the foregoing Scheduling and Planning Conference Report was served electronically on:

Mike Geraghty  
DeLisio, Moran, Geraghty and Zobel, PC  
943 W. Sixth Avenue  
Anchorage, AK 99501

Frank A. Pfiffner  
Hughes Baumann Pfiffner Gorski & Seeforf, LLC  
550 W. 7th Avenue, Suite 1100  
Anchorage, AK 99501-3563

I hereby certify that on the 24th day of January, 2006, a copy of the foregoing Scheduling and Planning Conference Report was mailed, postage prepaid, to:

James D. Gilmore  
Gilmore & Doherty, PC  
1029 W Third Avenue, Suite 500  
Anchorage, AK 99501

ASHBURN & MASON, P.C.

By: _____  
    Jennifer A. Lynn

P:\Clients\10198\Pleadings - Federal\Scheduling Report 060123.doc

ASHBURN & MASON P.C.  
LAWYERS  
1130 WEST SIXTH AVENUE, SUITE 100  
ANCHORAGE, ALASKA 99501-5914  
TEL 907.276.4331 • FAX 907.277.8235

SCHEDULING AND PLANNING CONFERENCE REPORT  
*Klemmer v. Providence et al.*; Case No. 3:05-CV-294-RRB

Page 8 of 8