IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| SHAWN KLEMMER and<br>STEPHANIE KLEMMER,<br><br>      Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM-<br>WASHINGTON d/b/a PROVIDENCE<br>ALASKA MEDICAL CENTER;<br>KIMBERLY-CLARK CORPORATION,<br>and MEDIVANCE, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:05-cv-00294-RRB<br>) |

## **FRCP 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 Defendant, Kimberly-Clark Corporation, Inc., hereby states that it has no parent corporation nor do any publicly held corporations own 10% or more of its stock.

DATED this 16th day of February, 2006, at Anchorage, Alaska.

                        DeLisio Moran Geraghty & Zobel, P.C.
                        Attorneys for Defendant
                        Kimberly-Clark Corporation

                            /s/ Michael C. Geraghty
                 By:_____
                        Michael C. Geraghty
                        Bar No. 7811097
                        943 W. 6th Avenue
                        Anchorage, AK 99501
                        Telephone: (907) 279-9574
                        Facsimile: (907) 276-4231
                        E-Mail: mgeraghty@dmgz.com

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 100880 – FRCP 7.1 Disclosure Statement
*Klemmer v. Providence Health, et al.*, Case No.: 3AN-05-7677 CI; Page 1 of 2

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 16th day of February, 2006,
to the following:

| | |
|---|---|
| Donna J. McCready, Esq. | James D. Gilmore, Esq. |
| Ashburn & Mason, P.C. | Gilmore & Doherty |
| 1130 W. 6th Ave., Ste. 100 | 1029 W. 3rd Ave., Ste. 500 |
| Anchorage, AK 99501-5914 | Anchorage, AK 99501 |

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner, et al.
550 W. 7th Ave., Ste. 1100
Anchorage, AK 99501-3563

By     /s/ Juliana Wood
    _____
        Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

Doc. No. 100880 – FRCP 7.1 Disclosure Statement
*Klemmer v. Providence Health, et al.*, Case No.: 3AN-05-7677 CI; Page 2 of 2