| EXHIBITS | DESCRIPTIONS |
|---|---|
| Exhibit A | Complaint filed on May 6, 2005 |
| Exhibit B | Stipulation and Order for Amending Complaint without Motion and Amending Case Caption filed on November 14, 2005 and signed by court on November 16, 2005 |
| Exhibit C | Amended Complaint |
| Exhibit D | Rule 4(f) Affidavit of Service |
| Exhibit E | Medivance, Inc.'s Entry of Appearance |
| Exhibit F | Medivance Notice of Removal |
| Exhibit G | Medivance's Amended Answer to Plaintiffs' Amended Complaint |
| Exhibit H | Providence Hospital's responses to Plaintiff's discovery requests dated July 13, 2005 |

243405