IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| SHAWN KLEMMER and<br>STEPHANIE KLEMMER,<br><br>                Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; PROVIDENCE ANCHORAGE ANESTHESIA MEDICAL GROUP, P.C.; and BARBARA M. CHEN, M.D.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3AN-05-07677CI |

## STIPULATION AND ORDER FOR AMENDING COMPLAINT WITHOUT MOTION AND AMENDING CASE CAPTION

The parties, by and through their respective counsel, hereby stipulate and agree to the filing, without motion, of the Amended Complaint that adds Medivance, Inc. and Kimberly-Clark as defendants and removes defendants Barbara M. Chen, M.D., and Providence Anchorage Anesthesia Medical Group, P.C. (PAAMG) in this case. The dismissals of Dr. Chen and PAAMG are with prejudice. In addition, the parties stipulate to the changing of the case caption to reflect the addition and dismissal of parties.

**Ex. B, p. 1 of 3**

ASHBURN & MASON
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

STIPULATION AND ORDER AMENDING COMPLAINT WITHOUT MOTION AND AMENDING CASE CAPTION
*Klemmer v. Providence, et al.*
Case No. 3AN-05-07677 CI
Page 1 of 3

Undersigned counsel certify that settlement information required under AS 09.68.130 and Alaska R. Civ. P. 41(a) has been or will be submitted to the Alaska Judicial Council.

ASHBURN & MASON, P.C.
Attorneys for Plaintiffs

DATED: Nov. 8- 2005    By: _____
Donna J. McCready
Alaska Bar No. 9101003

CLAPP, PETERSON, VAN FLEIN
TIEMESSEN & THORSNESS LLC
Attorneys for Defendant Barbara M. Chen, M.D. and Providence Anchorage Anesthesia Medical Group

DATED: 11-10-05    By: _____
Matthew K. Peterson
Alaska Bar No. 8006038

GILMORE & DOHERTY, P.C.
Counsel for Defendant Providence Health System

DATED: 11/9/05    By: _____
James Gilmore
Alaska Bar No. 6702007

ASHBURN & MASON P.C.
LAWYERS
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501-5914
Tel 907.276.4331 · Fax 907.277.8235

STIPULATION AND ORDER AMENDING COMPLAINT WITHOUT MOTION AND AMENDING CASE CAPTION
Klemmer v. Providence, et al.
Case No. 3AN-05-07677 CI

Ex. B, p. 2 of 3    Page 2 of 3

## ORDER

IT IS SO ORDERED this __16__ day of __Nov__, 2005. The Amended Complaint is accepted on the date it was filed, November 14, 2005. Dr. Chen and PAAMG are dismissed with prejudice from this case. The case caption will be amended to reflect the changing parties.

_____
Sen K. Tan, Superior Court Judge

P:\Clients\10198\Pleadings\Stipulation for Amending and Dismissal With Prejudice.doc

NOV 14 2005

I certify that on 11-17-05 a copy of the above was mailed to each of the following at their addresses of record:

M. Lucas   D. McCready
           M. Peterson
           Gilmore
Administrative Assistant

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

STIPULATION AND ORDER AMENDING COMPLAINT WITHOUT MOTION AND AMENDING CASE CAPTION
*Klemmer v. Providence, et al.*
Case No. 3AN-05-07677 CI
Page 3 of 3

**Ex. B, p. 3 of 3**