IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

SHAWN KLEMMER and )
STEPHANIE KLEMMER, )
                                   )
                      Plaintiffs, )
                                   )
vs. )
                                   )
PROVIDENCE HEALTH SYSTEM - )
WASHINGTON d/b/a PROVIDENCE )
ALASKA MEDICAL CENTER; )
KIMBERLY-CLARK CORPORATION, )
and MEDIVANCE, INC., )
                                   )
                      Defendants. ) Case No. 3AN-05-07677 CI

**RULE 4(f) AFFIDAVIT OF SERVICE
ON DEFENDANTS**

STATE OF ALASKA             )
                                        ) ss:
THIRD JUDICIAL DISTRICT  )

JENNIFER A. LYNN, having been duly sworn does depose and state:

1.     I am employed by the firm of Ashburn & Mason, P.C. counsel for plaintiffs in the above-captioned matter.

2.     On November 21, 2005, a Summons and Amended Complaint were served on defendant Kimberly Clark Corporation by certified mail, restricted delivery upon the registered agent for said corporation, C.T. Corporation System at 1201

Rule 4(f) Affidavit of Service on Defendants
*Klemmer v. Providence, et al.*
Case No. 3AN-05-07677 CI
Page 1 of 2

**Ex. D, p. 1 of 2**

Peachtree Street NE, Atlanta, Georgia 303061. Plaintiff is in receipt of the signed return receipt "green card."

3. On November 22, 2005, a Summons and Amended Complaint were served on defendant Medivance, Inc. by certified mail, restricted delivery upon the registered agent for said corporation, The Corporation Company at 1675 Broadway, Denver, Colorado 80202. Plaintiff is in receipt of the signed return receipt "green card."

FURTHER YOUR AFFIANT SAITH NAUGHT.

_____
JENNIFER A. LYNN

SUBSCRIBED AND SWORN to before me this 28 day of November 2005.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 4-21-09

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was ☐ faxed ☐ hand delivered ☑ mailed on the 28 day of November, 2005, to the following:

James D. Gilmore
Gilmore & Doherty
1029 W. Third Ave., Suite 500
Anchorage, AK 99501

Matthew Peterson
Clapp Peterson, LLC
711 H Street, Suite 620
Anchorage, AK 99501

ASHBURN & MASON

By: _____
Jennifer A. Lynn

P:\Clients\10198\Pleadings\Rule 4(f) Aff.doc

RULE 4(F) AFFIDAVIT OF SERVICE ON DEFENDANTS
*Klemmer v. Providence, et al.*
Case No. 3AN-05-07677 CI

ASHBURN & MASON
LAWYERS
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501-5914
Tel 907.276.4331 · Fax 907.277.8235