Frank A. Pfiffner
ABA No. 7505032
HUGHES BAUMAN PFIFFNER
GORSKI & SEEFORF, LLC
550 West Seventh Avenue, Suite 1100
Anchorage, Alaska 99501-3563
Telephone Number:   (907) 274-7522
Facsimile Number:   (907) 263-8320

Attorneys for Defendants
Medivance, Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK, CORPORATION, and MEDIVANCE, INC.,<br><br>Defendants. | **COPY**<br>Original Received<br><br>DEC 1 4 2005<br><br>Clerk of the Trial Courts<br><br><br>Case No. 3AN-05-7677 CI |

### ENTRY OF APPEARANCE

COMES NOW the law firm of HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC and hereby enters its appearance on behalf of Defendant

MEDIVANCE, INC. Service may be had on said Defendant by delivering mailings or pleadings to the undersigned at 3900 C Street, Suite 1001, Anchorage, Alaska 99503.

DATED at Anchorage, Alaska, this 14th day of December, 2005.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant
Medivance, Inc.

By: _____
Frank A. Pfiffner
ABA No. 7505048

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

ENTRY OF APPEARANCE
Klemmer v. Medivance, Inc., et al. / Case No. 3AN-05-7677 CI
(8983-1/240882)
Page 2 of 3

Ex. E, p. 2 of 3

Certificate of Service

On the 14th day of December, 2005, a true and correct copy of the foregoing was ☐ mailed ☒ hand-delivered ☐ faxed to:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 W. 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501

_____
Amanda C. Keough

UGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX