FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 16 PM 3: 29

Frank A. Pfiffner
ABA No. 7505032
HUGHES BAUMAN PFIFFNER
GORSKI & SEEFORF, LLC
550 West Seventh Avenue, Suite 1100
Anchorage, Alaska 99501-3563
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendant
Medivance, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER, <br><br> Plaintiffs, <br><br> vs. <br><br> PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC., <br><br> Defendants. | <br><br><br><br><br><br><br><br> A05-29_ - CV <br><br><br> Case No. _____ CI |

## NOTICE OF REMOVAL

TO:   THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF ALASKA

NOTICE OF REMOVAL
Klemmer v. Providence Health System, et al.
(8983-1/240805)                Page 1 of 8

Ex. F, p. 1 of 8

This notice of defendant MEDIVANCE, INC. respectfully shows:

1. That on the 6th day of May, 2005, and by way of a Complaint, dated May 6, 2005, an action was commenced in the Superior Court for the State of Alaska at Anchorage, entitled SHAWN KLEMMER and STEPHANIE KLEMMER, Plaintiff, vs. PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; PROVIDENCE ANCHORAGE ANETHESIA MEDICAL GROUP, P.C.; and BARBARA M. CHEN, M.D., Defendants; Case No. 3AN-05-07677 Civil.

2. That the Complaint was not removable to federal court because Providence Anchorage Anesthesia Medical Group, P.C. and Barbara M. Chen, M.D., two named defendants, were citizens of the State of Alaska.

3. That on the 14th day of November, 2005, plaintiffs filed an Amended Complaint, a stipulation signed by all the then existing parties to the action, and a proposed order. Among other things, the Amended Complaint dropped Providence Anchorage Anesthesia Medical Group, P.C. and Barbara M. Chen, M.D. as defendants and added Kimberly-Clark Corporation and Medivance, Inc. as defendants.

4. That on the 16th of November, 2005, the Superior Court for the State of Alaska in Case No. 3AN-05-07677 Civil entered an order accepting the Amended Complaint as filed.

UGHES BAUMAN PFIFFNER
;ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ICHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

5.  That on the 21st of November, 2005, the Summons and Amended Complaint in Case No. 3AN-05-07677 Civil were served on Kimberly-Clark Corporation.

6.  That on the 22nd of November, 2005, the Summons and Amended Complaint in Case No. 3AN-05-07677 Civil were served on Medivance, Inc.

7.  That this notice of removal is being filed pursuant to 28 U.S.C. § 1446(a) and (b) within thirty (30) days after receipt by all defendants of a copy of the initial effective pleading setting forth the removable claims of Shawn Klemmer and Stephanie Klemmer against defendants. Copies of all papers found by defendant Medivance, Inc. in the file of the Superior Court for the State of Alaska, Third Judicial District, concerning this action are attached hereto in accordance with 28 U.S.C. § 1446(a) and 1447(b):

    A.  Counsel of Record information;

    B.  Case Description Form;

    C.  Summons to Defendant Health System – Washington;

    D.  Summons to Defendant Providence Anchorage Anesthesia Medical Group, P.C.

    E.  Summons to Defendant Barbara M. Chen, M.D.;

    F.  Complaint dated May 6, 2005;

UGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
NCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

NOTICE OF REMOVAL
*Klemmer v. Providence Health System, et al.*
(8983-1/240805)    Page 3 of 8    Ex. F, p. 3 of 8

G. Entry of Appearance by Providence Anchorage Anesthesia Medical Group, P.C. and Barbara M. Chen, M.D. dated May 18, 2005;

H. Demand for Jury Trial by Providence Anchorage Anesthesia Medical Group, P.C. and Barbara M. Chen, M.D. dated May 18, 2005;

I. Entry of Appearance by Providence Health System – Washington dated June 10, 2005;

J. Demand for Jury Trial by Providence Health System – Washington dated June 13, 2005;

K. Answer of Providence Anchorage Anesthesia Medical Group, P.C. and Barbara M. Chen, M.D. dated June 2, 2005;

L. Answer of Providence Health System – Washington dated June 12, 2005;

M. Initial Pretrial Order dated June 16, 2005;

N. Notice of Proposed Trial Dates dated July 6, 2005;

O. Routine Pretrial Order dated July 14, 2005;

P. Stipulation to Extend Date for Amending Pleadings and Adding Parties filed on August 15, 2005;

HUGHES BAUMAN PFIFFNER
JORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

NOTICE OF REMOVAL
Klemmer v. Providence Health System, et al.
(8983-1/240805)                Page 4 of 8                Ex. F, p. 4 of 8

Q. Stipulation and Order for Amending Complaint without Motion and Amending Case Caption filed on November 14, 2005 and signed by the court on November 16, 2005;

R. Summons to Kimberly-Clark Corporation dated November 16, 2005;

S. Summons to Medivance, Inc. dated November 16, 2005;

T. Amended Complaint dated November 10, 2005;

U. Rule 4(f) Affidavit of Service on Defendants filed on November 28, 2005; and

V. Entry of Appearance by Medivance, Inc. dated December 14, 2005.

8. This court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332(a) and this action may be removed to this court pursuant to the provisions of 28 U.S.C. § 1441. This is a civil action where the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between the plaintiffs and the defendants named in the recently filed Amended Complaint.

9. Plaintiffs are and were citizens of the State of Alaska at the time of filing this action.

UGHES BAUMAN PFIFFNER
iORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
NCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

NOTICE OF REMOVAL
Klemmer v. Providence Health System, et al.
(8983-1/240805)                    Page 5 of 8                    Ex. F, p. 5 of 8

10. Defendant Providence Washington Health System – Washington is, and was at all relevant times, a non-profit corporation incorporated in the State of Washington with it principal place of business in the State of Washington.

11. Defendant Kimberly-Clark Corporation is, and was at all relevant times, a corporation incorporated in the State of Delaware with its principal place of business in the State of Texas.

12. Defendant Medivance, Inc. is, and was at all relevant times, a corporation incorporated in the State of Delaware with its principal place of business in the State of Colorado.

13. Since all defendants are incorporated in and have their principal places of business in states other than the State of Alaska, where this action was filed, removal is proper under 28 U.S.C. § 1441(b).

14. This notice of removal is timely because it is brought within thirty (30) days that all defendants had notice of the effectively filed Amended Complaint, which for the first time names parties of diverse citizenship.

15. The remaining defendants join in this Notice of Removal.

16. A notice of filing this Notice of Removal will be filed with the Superior Court of the State of Alaska, Third Judicial District at Anchorage, and served upon plaintiffs.

UGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

NOTICE OF REMOVAL
Klemmer v. Providence Health System, et al.
(8983-1/240805)                Page 6 of 8                Ex. F, p. 6 of 8

17. Defendant Medivance, Inc. will pay all costs and disbursements incurred by reason of removal proceedings hereby brought should it be determined that this case is not removable or is improperly removed.

WHEREFORE, defendant Medivance, Inc. gives notice that this action formerly pending in the Superior Court for the State of Alaska, Third Judicial District, is hereby removed to this court.

DATED at Anchorage, Alaska, this 16th day of December, 2005.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant
Medivance, Inc.

By: _____
Frank A. Pfiffner
ABA No. 7505032

Defendant PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER hereby joins in the Notice of Removal.

DATED at Anchorage, Alaska, this 16th day of December, 2005.

GILMORE & DOHERTY, PC
Attorneys for Defendant
Providence Health System - Washington
d/b/a Providence Alaska Medical Center

By: _____
James D. Gilmore
ABA No. 6702007

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Defendant KIMBERLY-CLARK CORPORATION hereby joins in the Notice of Removal.

DATED at Anchorage, Alaska, this 16th day of December, 2005.

        DeLISIO MORAN GERAGHTY &
        ZOBEL, PC
        Attorneys for Defendant
        Kimberly-Clark Corporation

        By: _____
            Michael C. Geraghty
            ABA No. 7811097

<u>Certificate of Service</u>

On the 16 day of December, 2005,
a true and correct copy of the
foregoing was [X] mailed
[ ] hand-delivered [ ] faxed to:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501

_____
Annette R. Cartier

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

NOTICE OF REMOVAL
Klemmer v. Providence Health System, et al.
(8983-1/240805)
Page 8 of 8

Ex. F, p. 8 of 8