IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

SHAWN KLEMMER and )
STEPHANIE KLEMMER, )
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　)
vs. )
　　　　　　　　　　　　　　　　　　)
PROVIDENCE HEALTH SYSTEM - )
WASHINGTON d/b/a PROVIDENCE )
ALASKA MEDICAL CENTER, )
PROVIDENCE ANCHORAGE ANESTHESIA )
MEDICAL GROUP, P.C.; and )
BARBARA M. CHEN, M.D., )
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants. )
_____) Case No. 3AN-05-7677 CI

RECEIVED
JUL 15 2005
ASHBURN & MASON

**ANSWERS TO FIRST SET OF INTERROGATORIES
TO DEFENDANT PROVIDENCE ALASKA MEDICAL CENTER**

Defendant, Providence Health System - Washington d/b/a Providence Alaska Medical Center, through counsel, in answer to Plaintiffs' Interrogatories, states:

**INTERROGATORY NO. 1:** Please describe in detail how Mr. Klemmer incurred the burn injury he suffered on or about November 13, 2003, while a patient at Providence.

**RESPONSE:** Discovery is in the early stages, and the exact cause has not yet been determined.

**INTERROGATORY NO. 2:** If Providence claims that the negligence of any other persons or entities, other than Providence employees and/or agents, caused and/or contributed to causing the burn injury Mr. Klemmer suffered on or about

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
1029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507

**Ex. H, p. 1 of 5**

November 13, 2003, please state the names and addresses of those persons or entities and describe in detail the manner in which they caused and/or contributed to Mr. Klemmer's injuries.

RESPONSE: Discovery is just beginning, and it is not yet known which parties caused and/or contributed to the cause of Mr. Klemmer's burn injury.

INTERROGATORY NO. 3: Please identify the person or persons who were responsible for monitoring Mr. Klemmer's body temperature during his November 13, 2003 surgery at Providence.

RESPONSE:

1) Barbara Chen, M.D., Anesthesiologist

2) James Leslie, CCP, Perfusionist for a portion of the combined surgery

INTERROGATORY NO. 4: Please identify the person or persons who were responsible for monitoring the Arctic Sun during Mr. Klemmer's November 13, 2003 surgery at Providence.

RESPONSE:

1) The Arctic Sun Patient Warming System literature states that the system "monitors and regulates a patient's core temperature to a pre-determined target temperature."

INTERROGATORY NO. 5: Please describe in detail the make, model and serial number of the Arctic Sun System used during Mr. Klemmer's November 13, 2003 surgery at Providence.

RESPONSE:

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
1029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507

<u>Make</u>: Arctic Sun Temperature Management System and Thermal Pad

<u>Model No.</u>: 100

<u>Serial No.</u>: 2029

**INTERROGATORY NO. 6:** Please state the name(s) and contact information of the person or persons from Medivance and/or Kimberly-Clark Health Care and/or any other entity with whom Providence has been in contact regarding the training for, and/or the purchase, operation and/or use of, the Arctic Sun System.

<u>RESPONSE</u>:

1) Rick LaMata, 1-800-331-4112

2) Kelly, last name unknown

**INTERROGATORY NO. 7:** Please identify the person or persons employed by Providence who are most knowledgeable regarding the training for, and/or the purchase, operation and/or use of, the Arctic Sun System.

<u>RESPONSE</u>: Gary Welch.

**INTERROGATORY NO. 8:** If Providence intends to assert that it is not liable for all or any portion of Mr. Klemmer's damages as alleged in the Complaint, please state with particularity the reasons for that assertion.

<u>RESPONSE</u>: At this time, there is no evidence that the employees or agents of Providence did, or failed to do, anything

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
1029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507

which a reasonably prudent health care provider would have done or failed to do under the same or similar circumstances.

**INTERROGATORY NO. 9:** Please identify all persons present in the operating room at any time during Mr. Klemmer's bypass surgery that took place on or about November 13, 2003, stating the person's name, their function during the surgery (*i.e.*, circulating nurse, surgeon, etc.) and whether or not that person is an employee and/or agent of Providence.

**RESPONSE:**

1) Linda Carlson, RN (PAMC employee)

2) Robin Burrell, RN (PAMC employee)

3) Joyce Goddell, RN (PAMC employee) (Team Lead - Operating Room)

4) Kathy Stanley, OR Tech (Mobile Medical - Kettering, OH, 800-432-8050 - contracted 9/17/04) (Scrub)

5) Martha Cavens, RN (PAMC employee) (Circulating)

6) Terra Calegrove, RN (PAMC employee)

7) Jung Choi, RN (PAMC employee) (Scrub)

8) Kevin Headley, RN (PAMC employee) (Scrub)

Others:

1) William Mayer, MD (Not PAMC employee)

2) James Leslie, CCP, Perfusionist (Not PAMC employee - 235 Hemler Creek Road, Kalispell, MT 59901)

3) Eric Lacsamana, Anesthesia Tech (PAMC employee)

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507

4) Stephen D. Jones, MD, Surgeon (Not PAMC employee)

5) Kerry Tintsman, ANP (Not PAMC employee - employed by Dr. Jones) (First Assistant)

6) Barbara Chen, Anesthesia (Not PAMC employee)

7) Peter Marbarger, M.D. (performed left carotid endarterectomy - not employed by PAMC)

Echo Staff:

1) Scott Brownlee (PAMC employee)

2) Michael Canfield, Echocardiographer (PAMC employee)

DATED this 13th day of July, 2005, at Anchorage, Alaska.

GILMORE & DOHERTY, P.C.
Counsel for Defendant
Providence Health System -
Washington d/b/a Providence
Alaska Medical Center

By: _____
James D. Gilmore
ABA 6702007

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that on this 13 day of July, 2005, a true and correct copy of the foregoing was delivered by (fax) (mail) hand delivery to:

Donna J. McCready, Esq.
Ashburn & Mason, P.C.
1130 W. 6th Avenue, Suite 100
Anchorage, Alaska 99501-5914

GILMORE & DOHERTY
By: _____
Deb Lash, Legal Secretary

F:\Providence.Klemmer\IntResp.doc

Ex. H, p. 5 of 5