Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant
Medivance, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.<br><br>　　　　　Defendants. | 3:05-cv-00294-RRB |

**PROPOSED ORDER**

　　　　Having reviewed Defendant Medivance, Inc.'s Motion for Summary Judgment, and any oppositions and being otherwise fully advised in the premises,

Proposed Order
*Klemmer v. Providence Health, et al.*
Case No.: 3:05-cv-00294-RRB
(8983-1/243593)

      IT IS SO ORDERED, that Medivance, Inc.'s Motion for Summary Judgment is granted.

      DATED this _____ day of _____, 2006.

                                                     _____
                                                   Ralph R. Beistline
                                                   United States District Court Judge

Proposed Order
*Klemmer v. Providence Health, et al.*
Case No.: 3:05-cv-00294-RRB
(8983-1/243593)

Certificate of Service

      I hereby certify that on February 28, 2006, a copy of the Proposed Order was served electronically on:;

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501


s/ Frank A. Pfiffner


Proposed Order
*Klemmer v. Providence Health, et al.*
Case No.: 3:05-cv-00294-RRB
(8983-1/243593)