Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEFORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant
Medivance, Inc.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.<br><br>Defendants. | 3:05-cv-00294-RRB |

## PRELIMINARY WITNESS LIST OF DEFENDANT MEDIVANCE, INC.

COMES NOW defendant Medivance, Inc., by and through counsel of

record, HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC, and lists the

following as witnesses who may be called upon to testify at trial in the above-referenced

matter:

| 1. | Aronson, Lynne<br>c/o Hughes Bauman Pfiffner<br>Gorski & Seedorf, LLC<br>1001 C St., Suite 1001<br>Anchorage, AK  99503<br>(907) 274-7522 | Medivance Director, Regulatory Affairs/Quality Assurance.  Ms. Aronson is knowledgeable about product development (design and manufacture of the Arctic Sun Model 100) and was involved in testing of the unit involved in this case after Mr. Klemmer's injury.<br><br>Attorney-client privilege:  Applies. |
|---|---|---|
| 2. | Beard, Joella, M.D.<br>Advanced Sports Medicine &<br>Rehabilitation Clinic<br>1917 Abbott Rd. , Suite 100<br>Anchorage, AK 99507<br>(907) 278-2741 | Dr. Beard is one of Mr. Klemmer's treating physicians. |
| 3. | Brownlee, Scott<br>c/o Gilmore & Doherty<br>1029 W. 3rd Avenue, Suite 500<br>Anchorage, AK 99501<br>(907) 279-4506 | Providence Alaska Medical Center employee who was present in the operating room during Mr. Klemmer's surgery (Echo Staff). |
| 4. | Burrell, Robin, R.N.<br>c/o Gilmore & Doherty<br>1029 W. 3rd Avenue, Suite 500<br>Anchorage, AK 99501<br>(907) 279-4506 | Providence Alaska Medical Center employee who was present in the operating room during Mr. Klemmer's surgery. |
| 5. | Calegrove, Terra, R.N.<br>c/o Gilmore & Doherty<br>1029 W. 3rd Avenue, Suite 500<br>Anchorage, AK 99501<br>(907) 279-4506 | Providence Alaska Medical Center employee who was present in the operating room during Mr. Klemmer's surgery. |

| 6. | Canfield, Michael<br>c/o Gilmore & Doherty<br>1029 W. 3rd Avenue, Suite 500<br>Anchorage, AK 99501<br>(907) 279-4506 | Providence Alaska Medical Center employee who was present in the operating room during Mr. Klemmer's surgery (Echocardiographer). |
|---|---|---|
| 7. | Carlson, Linda, R.N.<br>c/o Gilmore & Doherty<br>1029 W. 3rd Avenue, Suite 500<br>Anchorage, AK 99501<br>(907) 279-4506 | Providence Alaska Medical Center employee who was present in the operating room during Mr. Klemmer's surgery. |
| 8. | Carson, Gary<br>c/o Hughes Bauman Pfiffner<br>Gorski & Seedorf, LLC<br>1001 C St., Suite 1001<br>Anchorage, AK 99503<br>(907) 274-7522 | Medivance Vice President of Engineering and Co-founder. Mr. Carson was the inventor of the Arctic Sun system and is knowledgeable about product development to include the design and manufacture of the Arctic Sun Model 100.<br><br>Attorney-client privilege: Applies. |
| 9. | Cavens, Martha (Mari), R.N.<br>c/o Gilmore & Doherty<br>1029 W. 3rd Avenue, Suite 500<br>Anchorage, AK 99501<br>(907) 279-4506 | Nurse Cavens applied the warming blanket to Mr. Klemmer's back during his surgery. Providence Alaska Medical Center employee (Circulating). |
| 10. | Chen, Barbara, M.D.<br>c/o Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC<br>711 H Street, Suite 620<br>Anchorage, AK 99501<br>(907) 272-9463 | Dr. Chen was the anesthesiologist providing anesthesia care during Mr. Klemmer's surgical procedure. |
| 11. | Choi, Jung, R.N.<br>c/o Gilmore & Doherty<br>1029 W. 3rd Avenue, Suite 500<br>Anchorage, AK 99501<br>(907) 279-4506 | Providence Alaska Medical Center employee who was present in the operating room during Mr. Klemmer's surgery (Scrub). |

| 12. | Cutler, Sheri, R.N.<br>(907) 261-5678 | Risk Mgmt. Spec., Providence Alaska Medical Center who submitted an FDA report regarding the Arctic Sun system. |
|---|---|---|
| 13. | Dalton, Donald | Kimberly Clark representative involved in Quality Assurance. |
| 14. | Erickson, Kelly | Senior Sales Representative, Kimberly-Clark Health Care. |
| 15. | Goddell, Joyce, R.N.<br>c/o Gilmore & Doherty<br>1029 W. 3rd Avenue, Suite 500<br>Anchorage, AK 99501<br>(907) 279-4506 | Providence Alaska Medical Center employee (Team Lead) who was present in the operating room during Mr. Klemmer's surgery. |
| 16. | Gruszecki, Gary<br>c/o Hughes Bauman Pfiffner Gorski & Seedorf, LLC<br>1001 C St., Suite 1001<br>Anchorage, AK  99503<br>(907) 274-7522 | Medivance Director of Engineering.  Mr. Gruszecki is knowledgeable about product development to include the design and manufacture of the Arctic Sun Model 100.<br><br>Attorney-client privilege:  Applies. |
| 17. | Headley, Kevin, R.N.<br>c/o Gilmore & Doherty<br>1029 W. 3rd Avenue, Suite 500<br>Anchorage, AK 99501<br>(907) 279-4506 | Providence Alaska Medical Center employee who was present in the operating room during Mr. Klemmer's surgery (Scrub). |
| 18. | Jones, Steven D., M.D.<br>2741 DeBarr Road, Suite 416<br>Anchorage, AK 99508<br>(907) 258-4439 | Dr. Jones is a cardiothoracic surgeon who conducted open heart surgery on Mr. Klemmer. |

| 19. | Klemmer, Shawn<br>c/o Ashburn & Mason<br>1130 West Sixth Avenue,<br>Suite 100<br>Anchorage, AK 99501<br>(907) 276-4331 | Plaintiff.<br><br>Attorney-client privilege:  Applies. |
|-----|-----|-----|
| 20. | Klemmer, Stephanie<br>c/o Ashburn & Mason<br>1130 West Sixth Avenue,<br>Suite 100<br>Anchorage, AK 99501<br>(907) 276-4331 | Plaintiff.<br><br>Attorney-client privilege:  Applies. |
| 21. | Konecny, Cathy | Kimberly-Clark clinical nurse specialist. |
| 22. | Lacsamana, Eric<br>c/o Gilmore & Doherty<br>1029 W. 3rd Avenue, Suite 500<br>Anchorage, AK 99501<br>(907) 279-4506 | Providence Alaska Medical Center employee who was present in the operating room during Mr. Klemmer's surgery (Anesthesia Tech). |
| 23. | LaMantia, Rick<br>(800) 331-4112 | Employee of Medivance/Kimberly-Clark Health Care.  Mr. LaMantia was the Sales Manager responsible for this account. |
| 24. | Leslie, James, CCP<br>225 Hemler Creek Road<br>Kalispell, MT 59901 | Perfusionist for a portion of Mr. Klemmer's combined surgery. |
| 25. | Makin, Harbir, M.D.<br>3300 Providence Drive, Suite 114<br>Anchorage, AK 99508<br>(907) 261-3171 | Dr. Maikin is one of Mr. Klemmer's treating physicians. |

| 26. | Marbarger, Peter D., M.D. 3260 Providence Drive, Suite 528 Anchorage, AK 99508 (907) 561-4363 | Dr. Marbarger performed left carotid endarterectomy on Mr. Klemmer. |
|---|---|---|
| 27. | Mayer, William, M.D. 3260 Providence Drive, Suite 357 Anchorage, AK 99508 (907) 561-3211 | Dr. Mayer was present in the operating room during Mr. Klemmer's surgery. |
| 28. | McNamara, Michael, M.D. 4100 Lake Otis Pkwy., Suite 320 Anchorage, AK 99508 (907) 562-4142 | Dr. McNamara is one of Mr. Klemmer's treating physicians. |
| 29. | Mills, Rusty (907) 261-5060 | Providence Health System Bio-Medical employee. |
| 30. | Moronell, Mark, M.D. 2751 DeBarr Road Suite B-200 Anchorage, AK  99508 (907) 264-5851 | Dr. Moronell is one of Mr. Klemmer's treating physicians. |
| 31. | Providence Anchorage Anesthesia Medical Group, P.C. (PAAMG) c/o Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC 711 H Street, Suite 620 Anchorage, AK 99501 (907) 272-9463 | Prior Defendant in Anchorage Superior Court case. |
| 32. | Roderer, Grant, M.D. Advanced Pain Management 1917 Abbott Road Anchorage, AK 99507 (907) 278-2741 | Dr. Roderer is one of Mr. Klemmer's treating physicians. |

| 33. | Rodriguez, Dave | Providence Health System Bio-Medical Manager. |
|---|---|---|
| 34. | Sommers, Jay R., Ph.D. | Kimberly-Clark Corporation, Director, Clinical and Scientific Documentation Health Care.  Mr. Sommers authored a letter summarizing reported skin injury complaints with the Kimberly-Clark Patient Warming System. |
| 35. | Stanley, Kathy c/o Gilmore & Doherty 1029 W. 3rd Avenue, Suite 500 Anchorage, AK 99501 (907) 279-4506 | Was present in the operating room during Mr. Klemmer's surgery (Scrub), OR Tech, Mobile Medical, Kettering, OH (800) 432-8050. |
| 36. | Tintsman, Kerry, ANP | Dr. Jones' employee who was present in the operating room during Mr. Klemmer's surgery (First Assistant). |
| 37. | Trombley, Dr. John Advanced Health Psychology 1917 Abbott Road Anchorage, AK 99507 (907) 278-2741 | Dr. Trombley is one of Mr. Klemmer's treating physicians. |
| 38. | Troxel, John, M.D. 3340 Providence Drive, Suite 359 Anchorage, AK 99508 (907) 562-6886 | Dr. Troxel treated Mr. Klemmer's burn injury. |
| 39. | Welch, Gary c/o Gilmore & Doherty 1029 W. 3rd Avenue, Suite 500 Anchorage, AK 99501 (907) 279-4506 | Providence Health System employee (Clinical Nurse Executive) knowledgeable regarding the Arctic Sun System. |

| 40. | Wolfe, Richard V.<br>Kimberly-Clark Corporation<br>1400 Holcomb Bridge Road<br>Roswell, GA 30076<br>(770) 587-8208 | Kimberly-Clark Manager, Regulatory Affairs. |
|---|---|---|
| 41. | Zimkowski, Daniel<br>c/o Gilmore & Doherty<br>1029 W. 3rd Avenue, Suite 500<br>Anchorage, AK 99501<br>(907) 279-4506 | Providence Health System anesthesia technician who initially notified Kimberly-Clark of this matter. |

DATED at Anchorage, Alaska, this 28th day of February, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant
Medivance, Inc.

By:    s/ Frank A. Pfiffner
Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:(907) 263-8241
Facsimile Number:(907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Certificate of Service

I hereby certify that on the 28th day of February, 2006, a copy of the foregoing Preliminary Witness List of Defendant Medivance, Inc. was served electronically on:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501


s/ Frank A. Pfiffner

Preliminary Witness List of Defendant Medivance, Inc.
*Klemmer v. Providence Health System-Washington, et al.*
Case No. 3:05-cv-00294-RRB
(8983-1/243140)                    Page 9 of 9