IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| PROVIDENCE HEALTH SYSTEM-WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC., | ) ) ) ) ) |
| Defendants. | ) Case No.: 3:05-CV-0294 RRB ) |

**PRELIMINARY WITNESS LIST**

The Defendant Kimberly-Clark Corporation by and through its counsel, DeLisio Moran Geraghty & Zobel, P.C., pursuant to the court's pretrial order dated January 25, 2006 hereby submits its witness list:

1.  Kelly Erickson
    Kimberly-Clark Service & Sales Representative
    c/o DeLisio Moran Geraghty & Zobel, P.C.
    943 West Sixth Avenue
    Anchorage, AK 99501
    (907) 279-9547
    Attorney Client Privilege Applies

    May have relevant information concerning the Arctic Sun 100 Temperature Management System as the Service and Sales Representative for Alaska.

2.  Tammy Strebig
    Kimberly-Clark Risk Management
    c/o DeLisio Moran Geraghty & Zobel, P.C.
    943 West Sixth Avenue

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100986 – Preliminary Witness List
*Klemmer v. Providence Health, et al.*, Case No.: 3:05-cv-0294 RBB; Page 1 of 9

```
         Anchorage, AK 99501
         (907) 279-9547
         Attorney Client Privilege Applies
```

May have relevant information concerning the Arctic Sun 100 Temperature Management System.

```
    3.   Jeff May
         Product Manager for Kimberly-Clark
         c/o DeLisio Moran Geraghty & Zobel, P.C.
         943 West Sixth Avenue
         Anchorage, AK 99501
         (907) 279-9547
         Attorney Client Privilege Applies
```

May have relevant information concerning the Arctic Sun 100 Temperature Management System.

```
    4.   Eric Nelson
         Account Consultant for Kimberly-Clark
         c/o DeLisio Moran Geraghty & Zobel, P.C.
         943 West Sixth Avenue
         Anchorage, AK 99501
         (907) 279-9547
         Attorney Client Privilege Applies
```

May have relevant information concerning the Arctic Sun 100 Temperature Management System.

```
    5.   Richard V. Wolfe
         Manager, Regulatory Affairs
         c/o DeLisio Moran Geraghty & Zobel, P.C.
         943 West Sixth Avenue
         Anchorage, AK 99501
         (907) 279-9547
         Attorney Client Privilege Applies
```

May have relevant information concerning the Arctic Sun 100 Temperature Management System.

```
    6.   Cathy Konecny, RN, CNOR, CRNFA
         Clinical Specialist/ Temperature Therapy Division
         Kimberly-Clark Corporation
         c/o DeLisio Moran Geraghty & Zobel, P.C.
```

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
─────
(907) 279-9574

100986 – Preliminary Witness List
*Klemmer v. Providence Health, et al.*, Case No.: 3:05-cv-0294 RBB; Page 2 of 9

>          943 West Sixth Avenue
>          Anchorage, AK 99501
>          (907) 279-9547
>          Attorney Client Privilege Applies
>
> May have relevant information concerning the Arctic Sun 100 Temperature Management System.
>
>     7.   Judson Boothe
>          Product Manager for Kimberly-Clark
>          c/o DeLisio Moran Geraghty & Zobel, P.C.
>          943 West Sixth Avenue
>          Anchorage, AK 99501
>          (907) 279-9547
>          Attorney Client Privilege Applies
>
> May have relevant information concerning the Arctic Sun 100 Temperature Management System.
>
>     8.   S. Calton
>          Investigator for Medivance, Inc.
>          c/o Hughes Bauman Pfiffner
>          3900 C Street, Suite 1001
>          Anchorage, AK 99503
>          (907) 263-8241
>
> May have relevant information concerning the Arctic Sun 100 Temperature Management System.
>
>     9.   Lynne Aronson
>          Manager, Regulatory Affairs and Quality Assurance
>          Medivance, Inc.
>          c/o Hughes Bauman Pfiffner
>          3900 C Street, Suite 1001
>          Anchorage, AK 99503
>          (907) 263-8241
>
> May have relevant information concerning the design and manufacture of the Arctic Sun 100 Temperature Management System.  Was involved in testing of the specific unit involved in this case.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100986 – Preliminary Witness List
*Klemmer v. Providence Health, et al.*, Case No.: 3:05-cv-0294 RBB; Page 3 of 9

10. G. Gruszecki
    Investigator for Medivance, Inc.
    c/o Hughes Bauman Pfiffner
    3900 C Street, Suite 1001
    Anchorage, AK 99503
    (907) 263-8241

    May have relevant information concerning the Arctic Sun 100 Temperature Management System.

11. Rick LaMatia
    Medivance Service & Sales Representative
    c/o Hughes Bauman Pfiffner
    3900 C Street, Suite 1001
    Anchorage, AK 99503
    (907) 263-8241

    May have relevant information concerning the Arctic Sun 100 Temperature Management System as the Sales & Service Representative for Medivance in Alaska.

12. Dr. Stephen Jones
    c/o Alaska Cardiothoracic Surgery
    2741 DeBarr Road, Suite 416
    Anchorage, AK 99504
    (907) 258-4439

    May have relevant information regarding Mr. Klemmer's injury. Dr. Jones performed Mr. Klemmer's heart surgery and was present in the operating room for a majority of the surgery.

13. Dr. William Mayer
    3260 Providence Drive, Suite 357
    Anchorage, AK 99508
    (907) 561-3211

    May have treated Mr. Klemmer and may have relevant information regarding his injury.

14. Dr. Peter Marbarger
    3260 Providence Drive, Suite 528
    Anchorage, AK 99508
    (907) 561-4363

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
_____

(907) 279-9574

       Performed the left carotid endarterectomy on Mr. Klemmer and may have relevant information regarding his injury.

15.  Dr. Barbara Chen
     c/o Matthew Peterson
     Clapp Peterson, LLC
     711 H Street, Suite 620
     Anchorage, AK 99501
     (907) 272-9463

       Was the anesthesiologist in charge during Mr. Klemmer's surgery and was present for the entire duration. May have relevant information regarding his injury.

16.  Rusty Mills
     Providence Biomedical Department Tech.
     c/o Gilmore & Doherty, P.C.
     1029 W. 3rd Avenue, Suite 500
     Anchorage, AK 99501
     (907) 279-4506

       Inspected the Arctic Sun 100 Temperature Management System used during Mr. Klemmer's surgery. May have relevant information regarding the device.

17.  Sheri Cutler, RN
     Risk Management Specialist for Providence Hospital
     c/o Gilmore & Doherty, P.C.
     1029 W. 3rd Avenue, Suite 500
     Anchorage, AK 99501
     (907) 279-4506

       May have relevant information concerning Mr. Klemmer's injury as the Risk Management Specialist for Providence Hospital. Submitted an FDA report concerning the Arctic Sun.

18.  Terra Colegrove, RN
     c/o Gilmore & Doherty, P.C.
     1029 W. 3rd Avenue, Suite 500
     Anchorage, AK 99501
     (907) 279-4506

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100986 – Preliminary Witness List
*Klemmer v. Providence Health, et al.*, Case No.: 3:05-cv-0294 RBB; Page 5 of 9

  Was present during Mr. Klemmer's surgery and may have relevant information regarding his injury.

  19. Martha Cavens, RN
    c/o Gilmore & Doherty, P.C.
    1029 W. 3rd Avenue, Suite 500
    Anchorage, AK 99501
    (907) 279-4506

  Was present during Mr. Klemmer's surgery and may have relevant information regarding his injury.  Ms. Cavens applied the warming blanket to Mr. Klemmer's back prior to the surgery.

  20. Linda Carlson, RN
    c/o Gilmore & Doherty, P.C.
    1029 W. 3rd Avenue, Suite 500
    Anchorage, AK 99501
    (907) 279-4506

  May have been present for a portion of Mr. Klemmer's surgery and may have relevant information regarding his injury.

  21. Michael Canfield, Echocardiographer
    c/o Gilmore & Doherty, P.C.
    1029 W. 3rd Avenue, Suite 500
    Anchorage, AK 99501
    (907) 279-4506

  Was present for a portion/all of Mr. Klemmer's surgery and may have relevant information regarding his injury.

  22. Robin Burrell, RN
    c/o Gilmore & Doherty, P.C.
    1029 W. 3rd Avenue, Suite 500
    Anchorage, AK 99501
    (907) 279-4506

  Was present for a portion/all of Mr. Klemmer's surgery and may have relevant information regarding his injury.

  23. Joyce Goddell, RN
    c/o Gilmore & Doherty, P.C.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100986 – Preliminary Witness List
*Klemmer v. Providence Health, et al.*, Case No.: 3:05-cv-0294 RBB; Page 6 of 9

       1029 W. 3rd Avenue, Suite 500
       Anchorage, AK 99501
       (907) 279-4506

As Lead Nurse she may have relevant information regarding Mr. Klemmer's injury and the procedures involved with determining the cause of injury. Ms. Goddell was present for a portion/all of Mr. Klemmer's surgery.

24. Kathy Stanley, OR Tech
    c/o Gilmore & Doherty, P.C.
    1029 W. 3rd Avenue, Suite 500
    Anchorage, AK 99501
    (907) 279-4506

Was present for a portion/all of Mr. Klemmer's surgery and may have relevant information regarding his injury.

25. Jung Choi, RN
    c/o Gilmore & Doherty, P.C.
    1029 W. 3rd Avenue, Suite 500
    Anchorage, AK 99501
    (907) 279-4506

Was present for a portion/all of Mr. Klemmer's surgery and may have relevant information regarding his injury.

26. Kevin Headly, RN
    c/o Gilmore & Doherty, P.C.
    1029 W. 3rd Avenue, Suite 500
    Anchorage, AK 99501
    (907) 279-4506

Was present for a portion/all of Mr. Klemmer's surgery and may have relevant information regarding his injury.

27. Eric Lacsaman, Anesthesia Tech.
    c/o Gilmore & Doherty, P.C.
    1029 W. 3rd Avenue, Suite 500
    Anchorage, AK 99501
    (907) 279-4506

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100986 – Preliminary Witness List
*Klemmer v. Providence Health, et al.*, Case No.: 3:05-cv-0294 RBB; Page 7 of 9

Was present for a portion/all of Mr. Klemmer's surgery and may have relevant information regarding his injury.

28. Scott Brownlee
    c/o Gilmore & Doherty, P.C.
    1029 W. 3rd Avenue, Suite 500
    Anchorage, AK 99501
    (907) 279-4506

Was present for a portion/all of Mr. Klemmer's surgery and may have relevant information regarding his injury.

29. Daniel Zimkowski
    c/o Gilmore Doherty
    1029 W. 3rd Avenue, Suite 500
    Anchorage, AK 99501
    (907) 279-4506

Providence anesthesia technician who initially notified Kimberly-Clark of the incident involving Mr. Klemmer.

30. James Leslie, CCP
    225 Hemler Creek Road
    Kalispell, MT 59901

Was present for a portion/all of Mr. Klemmer's surgery and may have relevant information regarding his injury.

31. All witnesses listed by any other party.

32. All named parties.

33. Any witness necessary to authenticate pertinent documents.

34. Rebuttal witnesses.

35. Any person whose deposition is taken during the course of discovery.

36. Any person subsequently identified in the course of future discovery.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100986 – Preliminary Witness List
*Klemmer v. Providence Health, et al.*, Case No.: 3:05-cv-0294 RBB; Page 8 of 9

37. All health care providers consulted by plaintiff and identified during the course of discovery and/or depositions.

DATED this 28th day of February, 2006 at Anchorage, Alaska.

        DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
        Attorneys for Kimberly-Clark Corp.

By: /s/ Michael C. Geraghty
    Michael C. Geraghty
    Bar No. 7811097
    E-Mail: mgeraghty@dmgz.com
    943 West 6th Avenue
    Anchorage, Alaska 99501
    Telephone: (907) 279-9574
    Facsimile: (907) 276-4231

By: /s/ Adolf V. Zeman
    Adolf V. Zeman
    Bar No. 0411082
    E-Mail: azeman@dmgz.com

This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 28th day of February, 2006, to the following:

Donna J. McCready, Esq.  
Ashburn & Mason, P.C.  
1130 W. 6th Ave., Ste. 100  
Anchorage, AK 99501-5914  

James D. Gilmore, Esq.  
Gilmore & Doherty  
1029 W. 3rd Ave., Ste. 500  
Anchorage, AK 99501  

Frank A. Pfiffner, Esq.  
Hughes Bauman Pfiffner, et al.  
550 W. 7th Ave., Ste. 1100  
Anchorage, AK 99501-3563  

By /s/ Juliana Wood
    Juliana Wood

100986 – Preliminary Witness List  
*Klemmer v. Providence Health, et al.*, Case No.: 3:05-cv-0294 RBB; Page 9 of 9