IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and<br>STEPHANIE KLEMMER,<br><br>        Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM-<br>WASHINGTON d/b/a PROVIDENCE<br>ALASKA MEDICAL CENTER;<br>KIMBERLY-CLARK CORPORATION,<br>and MEDIVANCE, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:05-CV-0294 RRB |

**JOINDER RE: MOTION FOR SUMMARY JUDGMENT**

Defendant Kimberly-Clark Corporation ("KCC"), by and through its undersigned counsel, DeLisio Moran Geraghty & Zobel, P.C., joins in the Motion for Summary Judgment filed by co-defendant Medivance, Inc., for the reasons stated therein.

DATED this 1st day of March, 2006 at Anchorage, Alaska.

                              DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                              Attorneys for Kimberly-Clark Corp.

                              /s/ Michael C. Geraghty
        By:_____
                Michael C. Geraghty
                Bar No. 7811097
                E-Mail: mgeraghty@dmgz.com
                943 West 6th Avenue
                Anchorage, Alaska 99501
                Telephone: (907) 279-9574
                Facsimile: (907) 276-4231

DeLisio Moran Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574

101080 - Joinder Re: Motion for Summary Judgment
*Klemmer v. Providence Health, et al.*, Case No.: 3:05-cv-0294 RRB; Page 1 of 2

```
                                       /s/ Adolf V. Zeman
                                   By:_____
                                       Adolf V. Zeman
                                       Bar No. 0411082
                                       E-Mail: azeman@dmgz.com
```

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 1st day of March, 2006,
to the following:

Donna J. McCready, Esq.          James D. Gilmore, Esq.
Ashburn & Mason, P.C.            Gilmore & Doherty
1130 W. 6th Ave., Ste. 100       1029 W. 3rd Ave., Ste. 500
Anchorage, AK 99501-5914         Anchorage, AK 99501

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner, et al.
550 W. 7th Ave., Ste. 1100
Anchorage, AK 99501-3563

```
     /s/ Juliana Wood
By _____
       Juliana Wood
```

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

101080 - Joinder Re: Motion for Summary Judgment
*Klemmer v. Providence Health, et al.*, Case No.: 3:05-cv-0294 RRB; Page 2 of 2