Donna J. McCready
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8235

Attorneys for Shawn and Stephanie Klemmer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>      Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM-WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.,<br><br>      Defendants. | Case No. 3:05-CV-294-RRB<br><br>**ORDER** |

The parties, by and through their respective attorneys, stipulated to extend the deadline for Plaintiff's opposition to Defendant Medivance's Motion for Summary Judgment from March 20, 2006 to March 24, 2006, and any reply thereto is due March 31, 2006.

IT IS HEREBY ORDERED that the stipulation is accepted.

DATED: _____

                                      RALPH R. BEISTLINE, U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 15th day of March, 2006, a copy of the foregoing Order re: Stipulation for Extension of Time was served electronically on:

Frank A. Pfiffner
Hughes Baumann Pfiffner Gorski & Seeforf, LLC
550 W. 7th Avenue, Suite 1100
Anchorage, AK 99501-3563
FAP@hbplaw.net

Mike Geraghty
DeLisio, Moran, Geraghty and Zobel, PC
943 W. Sixth Avenue
Anchorage, AK 99501
mgeraghty@dmgz.com

James D. Gilmore
Gilmore & Doherty, PC
1029 W Third Avenue, Suite 500
Anchorage, AK 99501
jgilmore@gilmoreanddoherty.com

/s/ Donna J. McCready

P:\Clients\10198\Pleadings - Federal\Stipulation for Extension-ORDER.doc

ASHBURN & MASON p.c.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

*STIPULATION FOR EXTENSION OF TIME*
*Klemmer v. Providence et al.;* Case No. 3:05-CV-294-RRB                            Page 2 of 2