

## INTAKE / I.V.'S / INFUSIONS — OUTPUT

Auto Transfusion
Collection Start 1830
Infusion Start 2130
Infusion End 2200

| HOUR | PO (6½ / 40 KCl) | # DOB 500/500 | # NTG 25/250 | # Insulin 1:1 | # Prop 1000/100 | # | # | # VIT | TRANS-FUSIONS BLOOD PRODUCTS | 8-HOUR INPUT TOTAL | 8-HOUR OUTPUT TOTAL | URINE Volume/hour / Running total | G.I. Stool / Heme | N.G / Emesis | OTHER CT | 5? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | | | | | | | | | Cell | 1246 | 1246 | KBL | | | | |
| 08 | | | | | | | | | Alb | 1000 | 5500 | 6.0 | | | | |
| 09 | | | | | | | | | FFP | 1523 | | | | | | |
| 10 | | | | | | | | | Norm | 3000 | | | | | | |
| 11 | | | | | | | | | Plat | 1138 | | | | | | |
| 12 | | | | | | | | | RBC | 500 | | | | | | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | 5407 | 6746 | | | | | |
| 15 | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | Norm | (400) | | | | | | |
| 20 | | 2.4 / 1.0 | 6 / 10 | 5 / 5 | 12 / 25 | | | | Cryo 150 | | | 450 / 365 | | | 250 | |
| 21 | 50 | 2.4 / 1.0 | 10 / 25 | 3 / 3 | 24 / 50 | | | 15 / 10 | FFP 308 | | | 425 | | | 40 | |
| 22 | 40 | 2.4 (32) | 24 (86) | 10 (81) | 24 (114) | | | (25) | Auto 400 | 1940 | 1840 | 150 / 1435 | | Ø | 80 / 400 | 10 |
| 23 | 80 | 2.4 / 1.0 | 18 / 30 | 12 / 12 | 24 / 50 | | | | | | | 125 / 125 | | | 50 / 50 | |
| 24 | 80 | 2.4 / 1.0 | 18 / 30 | 12 / 12 | 24 / 50 | | | | PRBC 320 | | | 65 | | | | |
| 01 | | 6.0 / 2.5 | 12 / 20 | 12 / 12 | 21.6 / 45 | | | | PRBC 351 | | | 130 | | | 100 / 130 | |
| 02 | | 6 / 2.5 | 12 / 20 | 2 / 2 | 21.6 / 45 | | | | PRBC 350 | | | | | | | |
| 03 | | 6 / 2.5 | 12 / 20 | 2 / 2 | 21.6 / 45 | | | | | | | 220 | | | 60 / 190 | |
| 04 | | 6 / 2.5 | 12 / 20 | 2 / 2 | 21.6 / 45 | | | | | | | 70 | | | | |
| 05 | | 6 / 2.5 | 12 / 20 | 2 / 2 | 21.6 / 45 | | | | | | | 60 | | | | |
| 06 | 640 | 41 | 12 / 20 | 2 / 47 | 19.2 / 40 | | | | 1020 | 1808 | 955 | 50 / 720 | | | 45 / 235 | |
| 24° Total | | | | | | | | | | | | | | | | |

| SAFETY | 07-19 | 19-07 |
|---|---|---|
| Bed low position | | SJ |
| Brake on | | SJ |
| Call light in reach | | [illegible] |
| Side rails up | | SJ |
| Turn Patient Right (R) Left (L) | | |
| 08 10 12 | | |
| 14 16 18 | | |
| 20 22 24 | | |
| 02 04 06 | | |
| Bed in Rotation 08 10 12 14 | | |
| 16 18 20 22 00 02 04 06 | | |

| CARE | (TIMES) |
|---|---|
| Peri-Cath care q 6° | |
| Bath | 23° |
| Trach care | |
| Mouth care q 2° | |
| Lines/Zero-Cal | 23° |
| Electrode Change | |
| Specialty Bed | [illegible] |
| Dressing Change | [illegible] |
| Activity | 3:1 |
| ROM | |
| BID | |

DIET/APPETITE
AM
NOON
PM
SNACK

RESTRAINT KEY:
1 - Confused/Impulsive 2 - Agitation 3 - Unable to make decisions/understands risks
4 - Prevention of removal of tubes/lines 5 - Patient request 6 - Other (DAR)

| 24° TOTAL IN | 24° TOTAL OUT |
|---|---|
| 12,155 | 9,541 |
| PREVIOUS 24° IN | PREVIOUS 24° OUT |
| WT. TODAY | WT. YESTERDAY |
| 83.1 kg 80 | |
| POD # | TITRATION WT. |

| HOURS OF CARE | INITIAL | PRINT NAME/SIGNATURE |
|---|---|---|
| 19-23 | SJ | Scott Johnson / S. Johnson RN |
| 19-07 | [illegible] | Clint Perry / [signature] |

721-122 (Rev. 9/02)

PATIENT IDENTIFICATION
03316-00220 OHS 2024-01
KLEMMER, SHAWN RV
00154980 JONES, STEPHEN D
DOB 11/30/42 60Y SEX: M
ADM DT 11/13/03

Providence Alaska Medical Center

## ADULT CRITICAL CARE RECORD

Providence Alaska Medical Center, Anchorage, Alaska

Date 11/13 To 11/14 PART 2 TAB 6

Prov 2-0686

Providence Alaska Medical Center

# ADULT CRITICAL CARE RECORD

Providence Alaska Medical Center, Anchorage, Alaska

| HOUR | TEMP / ROUTE | B.P. SYST. / DIAS. | MAP / SOURCE | HEART RATE / RESP. | 15 S / D | 15 H.R. / RESP. | 30 S / D | 30 H.R. / RESP. | 45 S / D | 45 H.R. / RESP. | SYST. / DIAS. | MEAN / WEDGE | CVP / SVR | C.O. / C.I. | RHYTHM | PULSES L (PT) | PULSES R (PT) | PACER RATE / MODE | SaO2 / SVO2 | pH / PCO2 | pO2 / SAT. | B.E. / BICARB | MODE / RATE | FIO2 | VT / PEEP | PRESSURE SUPPORT | TRACHEAL SUCTION / I.S./CDB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 09 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | 99/61 | D | 129/61 | 84/A | 133/63 | 80 | 45/33 | 38 | 17 | | SR | | | | 100 | 7.52/41 | 194/100 | 13/33 | SIMV/10 | .6 | 800/5 | | |
| 20 | 37.6/C | 137/66 | 86/A | 87/16 | 137/66 | 87 | 136/66 | 75 | 128/62 | 73 | 49/31 | 38/— | 19/1022 | 5.7/3.0 | SR | | | | 100/71 | | | | | | | | |
| 21 | 37.9/C | 115/57 | 73/A | 80/10 | 111/54 | 73 | 114/56 | 72 | 112/56 | 73 | 34/22 | 27/— | 14/829 | 5.6/3.0 | ō PAIR PVC's | A/+ | ++/++ | off | 100/67 | 7.55/43 | 165/100 | 12/36 | | | | | |
| 22 | 37.7/C | 113/57 | 70/A | 76/10 | 124/60 | 75/9 | 138/66 | 76/10 | 126/61 | 75/9 | 36/22 | 28/— | 14/750 | 5.5/3.0 | SR ō PAC | A/1 | 2/2 | | 100/99 | | | | | | | | |
| 23 | | 115/57 | 76/A | 74/9 | 131/69 | 75/7 | 104/51 | 73/10 | 104/55 | 72/10 | 41/25 | 30/— | 15 | | | | | | 100/70 | | | | | | | | |
| 24 | 37/C | 104/52 | 66/A | 71/9 | 103/54 | 70/9 | 110/54 | 68/10 | 104/50 | 68/9 | 35/22 | 26/— | 14/886 | 5.3/2.7 | SR | A | 2/2 | | 100/70 | | | | | | | | |
| 01 | | 107/53 | 66/A | 67/10 | 107/52 | 68/10 | 134/61 | 71/9 | 149/60 | 72/9 | 38/22 | 28/— | 15/806 | 5.2/2.7 | | A/1 | 2/2 | | 99/69 | | | | SIMV/10 | ↓.4 | 800/5 | | |
| 02 | | 131/58 | 77/A | 72/10 | 131/58 | 73/10 | 125/58 | 73/9 | 126/57 | 73/9 | 44/22 | 30/— | 13/1106 | 4.4/2.4 | SR | A/1 | 2/2 | | 99/69 | | | | | | | | |
| 03 | | 123/56 | 74/A | 72/10 | 128/58 | 71/10 | 131/62 | 72/9 | 131/61 | 72/10 | | — | | | | • | | | 99/68 | | | | | | | | |
| 04 | 37.5/C | 133/68 | 88/A | 73/10 | 133/63 | 73/9 | 137/64 | 74/10 | 127/60 | 75/10 | 49/23 | 29/— | 15/1275 | 4.6/2.4 | SR | A/1 | 2/2 | | 99/69 | | | | | | | | |
| 05 | | 124/60 | 74/A | 75/9 | 128/60 | 73/9 | 129/59 | 74/10 | 123/64 | 74/9 | | | | | | | | | 98 | | | | ↓ | ↓ | ↓ | | |
| 06 | | 113/59 | 74/A | 77/9 | | | | | | | 34/23 | 26/— | 15/865 | 5.3/2.4 | SR | A/1 | 2/2 | | 98/71 | | | | | | | | |

Left margin: 159, 141, 95, 136

| Arterial Line Site/Date | Pacemaker Site/Date | PA/CVP Site/Date/CM | Endotracheal Tube Placement/CM |
|---|---|---|---|
| Lt. radial, 11/13 | Epicardial AV wires 11/13 | Rt IJ cordis/swan @ 51 cm; Rt IJ TLC @ 20 cm 10/13 | ETT 7.5 @ 23 cm |
| DRSG Δ: TUBING Δ: | DRSG Δ: | DRSG Δ: TUBING Δ: | RETAPED: 11/13/03 |

| MONITOR ALARMS | HI (0700 - 1900) | LO (0700 - 1900) | HI (1900 - 0700) | LO (1900 - 0700) |
|---|---|---|---|---|
| ECG | | | 110 | 50 |
| BP (ART or NIBP) | | | 150 | 110 |
| SpO2 | | | 100 | 92 |
| | | | | |
| | | | | |

8721-122 (Rev. 9/02)

| I.V. SITE GAUGE | START DATE | TIME DRSG Δ CAP Δ | TIME TUBING Δ | Q2° SITE ✓ |
|---|---|---|---|---|
| 1. RT CW PIV | 11/13 | | | ✓ |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

Groin Check Key: 0 No Bleeding; 1+ Oozing ≤4 4x4's or # of 4x4's

| Groin R L TIME | GROIN DSRG. | DP/PT | Sheath In Out TIME | GROIN DSRG. | DP/PT |
|---|---|---|---|---|---|
| | | | | | |

03316-00220 OHS 2024-0
KLEMMER, SHAWN RV
00154980 JONES, STEPHEN D
3 11/30/42 60Y SEX: M

Date 11/13/03 To 11/14 PART 1

Prov 2-0687

## NEUROLOGIC

AAOX3, [illegible] appropriate to situation [illegible] Normal ROM with symmetr[illegible] [stre]ngth. Speech clear. Swallows w/o coughing or choking. ICP, if present, has appropriate waveform. ICP site dressing dry & intact. Device secured. Ventriculostomy, if present, intact & draining clear to pale yellow fluid to bag.

ICP/ventric present: ✓

Height: ______

unchanged

unchanged

Sedated ē propofol

↓

↓

## OTHER LAB RESULTS

KEY:
N = numbness
V = vicor
B = bruising
xxx = burning
A = abrasion
ooo = Pins & needles
// - stabbing
I - incision
R = rash
L = laceration

## NEUROLOGIC

| TIME | L.O.C. EYE OPENING | L.O.C. BEST VERBAL RESPONSE | L.O.C. BEST MOTOR RESPONSE | TOTAL SCORE | PUPILS SIZE/REACT. L | PUPILS SIZE/REACT. R | LIMB MOVEMENT ARM L | LIMB MOVEMENT ARM R | LIMB MOVEMENT LEG L | LIMB MOVEMENT LEG R | ICP / CCP / TOF MV (#TWITCHES) | PAIN SCALE / MAAS SCALE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | |
| 09 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | 1 | I | 1 | | 3/R | 3/R | 0 | 0 | 0 | 0 | | -/0 |
| 21 | 1 | I | 1 | | | | 0 | 0 | 0 | 0 | | -/0 |
| 22 | 1 | I | 1 | | 2/R | 2/R | 0 | 0 | 0 | 0 | | -/0 |
| 23 | 1 | I | 1 | 3 | 2/B | 2/B | 0 | → | → | 0 | | -/0 |
| 24 | 1 | I | 1 | 3 | 2/B | 2/B | 0 | → | → | 0 | | -/0 |
| 01 | | | | | | | | | | | | |
| 02 | 1 | I | 1 | 3 | 3/B | 2/B | 0 | → | → | 0 | | -/0 |
| 03 | | | | | | | | | | | | |
| 04 | 1 | I | 1 | 3 | 2/B | 2/B | 0 | → | → | 0 | | -/0 |
| 05 | | | | | | | | | | | | |
| 06 | 1 | I | 1 | 3 | 2/B | 2/B | 0 | → | → | 0 | | -/0 |

| Score | Description | MAAS Scale Examples |
|---|---|---|
| 6 | Dangerously Agitated | Immediate threat to safety. Pulling at tubes, thrashing, striking at staff or trying to climb out of bed. Cannot be calmed by verbal or tactile stimuli. Asynchronous breathing patterns. |
| 5 | Agitated | Pulling at tubes, thrashing, or trying to climb out of bed. Asynchronous breathing patterns. Follows commands inconsistently. Requiring frequent (>4 times/hr) reminding of limits. |
| 4 | Restless and uncooperative | Spontaneous movement. Picking at sheets or tubes, uncovering body, but does not follow commands. Does not calm with verbal instructions. |
| 3 | Calm, cooperative | Spontaneous movement. Calm, arousable, follows commands. Calms w/verbal instruction. |
| 2 | Responsive to touch or name | Asleep but brisk response to tactile or loud verbal stimuli: opens eyes, raises eyebrows, moves limbs, turns head or postures. Cannot consistently follow commands or attend to conversation. |
| 1 | Responsive to noxious stimuli | Asleep, sluggish response to noxious stimuli: opens eyes, raises eyebrows, moves limbs, turns head or postures. Agitated to noxious stimuli only. |
| 0 | Unresponsive | Does not move to any stimuli. |

## LEVEL OF CONSCIOUSNESS

**Eye Opening**

| | |
|---|---|
| Spontaneous | 4 |
| To Speech | 3 |
| To Pain | 2 |
| No Response | 1 |

**Best Verbal Response**

| | |
|---|---|
| Oriented | 5 |
| Confused Conversation | 4 |
| Inappropriate Words | 3 |
| Incomprehensible Sounds | 2 |
| None | 1 |
| Intubated | 1 |

**Best Motor Response**

| | |
|---|---|
| Obeying | 6 |
| Localizes | 5 |
| Withdraws | 4 |
| Abnormal Flexion | 3 |
| Extension Response | 2 |
| None | 1 |

## PUPILS

Pin Point, 2mm, 4mm, 6mm, 8mm

B - BRISK
S - SLUGGISH
F - FIXED

| Grade | Strength Limb Movement |
|---|---|
| 2 | Full range of motion with gravity eliminated |
| 1 | Slight muscle contraction palpable, but no movement noted |
| 0 | No visible or palpable contraction; paralysis of limb |

**Pain Assessment Tool**

| Scale | |
|---|---|
| 10 | Worst Pain Possible, Unbearable, Excruciating |
| 9 | |
| 8 | Intense, Dreadful, Horrible |
| 7 | |
| 6 | Distressing, Miserable |
| 5 | |
| 4 | Nagging, Uncomfortable, Troublesome |
| 3 | |
| 2 | Mild Pain, Annoying |
| 1 | |
| 0 | No Pain |

| Grade | Strength Limb Movement |
|---|---|
| 5 | Free range of motion against normal resistance and gravity |
| 4 | Full range of motion against moderate resistance and gravity |
| 3 | Full range of motion against gravity only |

03316-00220 OHS 2024-01
KLEMMER, SHAWN RV
00154980 JONES, STEPHEN D
11/30/42 60Y SEX: M
DT 11/13/03

Providence Alaska Medical Center

# ADULT CRITICAL CARE RECORD

Providence Alaska Medical Center, Anchorage, Alaska

Date 11/13/03 To 11/14 PART 4 TAB 6



# ADULT CRITICAL CARE RECORD

Providence Alaska Medical Center, Anchorage, Alaska

| TIME | CARDIOVASCULAR | PULMONARY | GASTROINTESTINAL | GU | MUSCULOSKELETAL | INTEGUMENTARY |
|---|---|---|---|---|---|---|
| | Heart Tones S1 & S2. No edema. Pulses on extrem X 4 palpable & of equal quality. Calf tenderness neg bil. Hemodynamic line(s) present with appropriate waveform(s) & good flush. Pacemaker, if present, pacing & sensing appropriately. MA/Threshold check Q 12°<br>Pacemaker present: Epicardial<br>Site: AV wires<br>Instructed to call for Chest Pain: | Resp. quiet, regular & unlabored. Lungs clear with equal aeration in all lobes. No adventitious lung sounds. No cough present. No reported dyspnea. C.T. patent, no air leak.<br>C.T.(s) present: x4<br>Site(s): [illegible]<br>Water seal: -20 mmHg<br>Wall suction: ☒ Yes ☐ No<br>Mechanical ventilator: ☒ Yes ☐ No | Abd. soft, non-dist & nontender, BS present. Tolerates prescribed diet, B.M.s within own normal pattern & consistency. If NG present, patent & draining clear, yellow or green fluid to 80mmHg wall suction. Hema/ph Gastric<br>NG/Keofeed tube present: Yes<br>Type: ☐ NG ☐ JT ☐ GT ☒ OG ☐ Keofeed | Able to empty bladder without difficulty. Urine clear & yellow to amber in color. Continent. If catheter present, patent & draining freely. No vaginal or urethral bleeding or drainage.<br>Urinary catheter present: yes<br>Type: Foley | No muscle weakness. Normal joint ROM, no swelling or tenderness. Traction, casts or splints on place as ordered - CMS not impaired by device. Pt. positioned in alignment.<br>Traction, cast or splint present:<br>Site(s):<br>Type & Amount Traction:<br>Restraint used: ☒ (W)rist ☐ Vest ☐ Leg ☐ R ☐ L ☒ Bilateral | Skin color normal for patient, warm, dry intact. Mucus membranes pink, moist & intact. Nailbeds X 4 extrem. pink with capillary refill <5 sec. No rashes, petechiae, or purpura. Dressings dry & intact if present. Incisions & invasive si w/o redness, swelling or drainage. Staples/sutures intact. Wound edges approximated if visualized. IV site(s) without redness, tenderness, edema.<br>Dressings present: [illegible]<br>Site(s):<br>Incision site: sternum, LT [illegible]<br>Wound site: |
| 20 | monitor: SR ē PACs, AVC, pace off. HT: S, S, [illegible] [illegible], trace edema | Art. cuff [illegible] LAT: dim L>R | [illegible] BT+ noted BIL, OG → LIS ø [illegible] | by V.O. St. rose clear | sedated | WTD, [illegible] |
| 22 | CT output [illegible] SRT [illegible] CT output slowed auto [illegible] | Repaired @ 23. [illegible] | OG → ø output | V.O. slowing clear amber | sedated | WTD |
| 24 | S1S2 [illegible] Epicardial wires to pacer. [illegible] | Vent support CT x4 ø leak detected. [illegible] | ABD soft ē BS hypoactive NPO | Foley [illegible] tea colored urine | Sedated | WDI sternal dsg with bloody drainage |
| 02 | A-line + SG A-line ē good waveform, 2+ edema | L>R | ↓ | Adequate UOP | ↓ | distal [illegible] dsg reinforced ↓ |
| 04 | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ |
| | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8721-122 (Rev. 9/02)

03316-00220 OHS 2024-01
KLEMMER, SHAWN RV
00154980 JONES, STEPHEN D
DOB 11/30/42 60Y SEX: M

Providence Alaska Medical Center

## ADULT CRITICAL CARE RECORD

Providence Alaska Medical Center, Anchorage, Alaska

Date 11/17/03 To 11/14 PART 3