IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

Filed in the Tria. Courts
STATE OF ALASKA THIRD DISTRICT

JUL 14 2005

Clerk of the Trial Courts

By _____ Deputy

SHAWN KLEMMER, et al., )
         Plaintiff )
)
vs. )
)
PROVIDENCE HEALTH SYSTEM )
         Defendant

Case No. 3AN- 05-7677 CI

## ROUTINE PRETRIAL ORDER

Pursuant to the Uniform Pretrial Order "UPO"; Administrative Order 3AO-03-04 this Court hereby issues the Routine Pretrial Order in this case.

### Trial Date

Trial will commence at 8:30 A.M. on     September 18, 2006   .

### Trial Length/Division

The trial will last __10__ trial days, divided between the parties as follows: Plaintif __5__ trial days and Defendant __5__ trial days. The trial day allocation includes each parties' jury selection, opening statement, witness examination (including cross-examination of other parties' witnesses) and closing statement.

### Jury

A jury trial __has__ been timely requested by an party. The jury will consist of __12__ persons and __2__ alternates.

3AN-137CIV
Routine Pretrial Order
Case No.   05-7677 CI
Page 1 of 3

## Summary of Pretrial Deadlines

The following is a <u>summary</u> of the deadlines imposed by the Routine Pretrial Order. The parties and their attorneys are responsible for reading and following the Alaska Civil Rules and the UPO, which contain the detailed requirements associated with these deadlines. The dates listed are based on the forgoing trial date. These dates remain the same even if the actual trial date changes, unless otherwise ordered by this Court.

| | |
|---|---|
| **Move to Amend RPO** | September 12, 2005 |
| **Amend Pleadings and Join Parties without Motion** | August 12, 2005 |
| **Preliminary Witness Lists** | April 17, 2006 |
| **Retained Expert ID** | April 17, 2006 |
| **Supplemental Retained Expert ID** | May 1, 2006 |
| **Final Date to Serve Written Discovery** | May 15, 2006 |
| **Other Expert Opinion Testimony Summary** | April 17, 2006 |
| **Retained Expert Reports** | May 30, 2006 |
| **Final Date to Depose Lay Witnesses** | June 26, 2006 |
| **Dispositive and Rule of Law Motions** | June 26, 2006 |
| **Motions Re Expert Opinion Evidence** | July 24, 2006 |
| **Final Date to Depose Expert Witnesses** | July 24, 2006 |
| **Discovery Motions** | July 24, 2006 |

3AN-137CIV
Routine Pretrial Order
Case No.   05-7677 CI
Page 2 of 3

EXHIBIT O

Exhibit A
Page 2 of 3
Case No. 3:05-cv-00294-RRB

| | |
|---|---|
| Deposition/Telephonic Designations | August 7, 2006 |
| Deposition Objections/ Counter - Designations | August 14, 2006 |
| Other Motions | August 21, 2006 |
| Deposition Counter - Designation Objections | August 21, 2006 |
| Serve Jury Instructions/Exhibits | August 21, 2006 |
| Meet Re Jury Instructions/Exhibits | August 28, 2006 |
| Trial Briefs | September 5, 2006 |
| Objections Re Jury Instructions/Exhibits | September 5, 2006 |
| Plaintiff's Final Witness List | September 5, 2006 |
| Defendant's Final Witness List | September 8, 2006 |
| File Jury Instructions | September 11, 2006 |
| Pretrial Conference | Sept. 11, 2006 @ 2:30 pm in Courtroom 504 |
| File Joint Exhibit List With Clerk | September 18, 2006 |

Dated at Anchorage, Alaska this    14th    day of    July, 2005

Sen K. Tan
Superior Court Judge

I certify that on  7-15-05  a copy
of the above order was mailed to each of the following
at their addresses of record:    McCready/Peterson/Gilmore

_____
Administrative Assistant

3AN-137CIV
Routine Pretrial Order
Case No.   05-7677 CI
Page 3 of 3