AUG 15 2005

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>  Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, PROVIDENCE ANCHORAGE ANESTHESIA MEDICAL GROUP, P.C.; and BARBARA M. CHEN, M.D.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3AN-05-7677 CI |

## ORDER GRANTING STIPULATION TO EXTEND DATE FOR AMENDING PLEADINGS AND ADDING PARTIES

IT IS ORDERED that the parties' Stipulation to Extend Date for Amending Pleadings and Adding Parties is GRANTED. The date to amend pleadings and join parties without motion is extended to September 30, 2005.

DATED this 18 day of August, 2005, at Anchorage, Alaska.

_____
JUDGE OF THE SUPERIOR COURT

Certify that on 8·18·05
...the above was mailed to each of the following at
their addresses of record:
M. Lucas  D. McCready  M. Peterson  J. Gilmore

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
729 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12 day of August, 2005, a true and correct copy of the foregoing was delivered by fax (mail) hand delivery to:

Donna J. McCready, Esq.
Ashburn & Mason, P.C.
1130 W. 6th Avenue, Suite 100
Anchorage, Alaska 99501-5914

Matthew K. Peterson
Clapp Peterson Van Flein
  Tiemessen Thorsness LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454

GILMORE & DOHERTY

By: _____
Deb Lash, Legal Secretary

F:\Providence.Klemmer\StipExtDate.doc

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
9 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507