Donna J. McCready
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK  99501
Phone:  (907) 276-4331
Facsimile:  (907) 277-8235

Attorneys for Shawn and Stephanie Klemmer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM-WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.,<br><br>Defendants. | Case No. 3:05-CV-294-RRB |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO MEDIVANCE'S MOTION FOR SUMMARY JUDGMENT**

Defendant Medivance raised in its Reply Brief an issue not raised or argued in its

Motion for Summary Judgment.  Because Medivance raises for the first time in its

Reply an argument that the Klemmers' Amended Complaint was not deemed to be filed until the Superior Court signed the Order allowing the filing of the Amended Complaint without motion upon stipulation of the parties, the Klemmers should be granted to leave to respond to the argument.

ASHBURN & MASON, P.C.
Attorneys for Plaintiff

DATED: March 30, 2006     /s/  Donna J. McCready
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501
Phone: (907) 276-4331
Fax: (907) 277-8235
E-mail: djm@anchorlaw.com
Alaska Bar No. 9101003

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2006, a copy of the foregoing Plaintiffs' Motion for Leave to File Sur-Reply to Defendant's Reply to Plaintiffs' Opposition to Medivance's Motion for Summary Judgment was served electronically on:

Frank A. Pfiffner
Hughes Baumann Pfiffner Gorski & Seeforf, LLC
550 W. 7th Avenue, Suite 1100
Anchorage, AK 99501-3563

Mike Geraghty
DeLisio, Moran, Geraghty and Zobel, PC
943 W. Sixth Avenue
Anchorage, AK 99501

James D. Gilmore
Gilmore & Doherty, PC
1029 W Third Avenue, Suite 500
Anchorage, AK 99501

 /s/ Donna J. McCready

P:\Clients\10198\Pleadings - Federal\Motion for Leave to File Sur Reply.doc