Donna J. McCready
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK  99501
Phone:  (907) 276-4331
Facsimile:  (907) 277-8235

Attorneys for Shawn and Stephanie Klemmer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>        Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM-WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.,<br><br>        Defendants. | Case No. 3:05-CV-294-RRB<br><br>**[PROPOSED] ORDER FOR LEAVE TO FILE TO FILE SUR-REPLY TO DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO MEDIVANCE'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs, having moved this Court for leave to file their Sur-Reply to Defendant's Reply to Plaintiffs' Opposition to Medivance's Motion for Summary Judgment,

//

IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED: _____        _____
                                RALPH R. BEISTLINE, U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 30th day of March, 2006, a copy of the foregoing [Proposed] Order for Leave to File Sur-Reply to Defendant's Reply to Plaintiff's Opposition to Medivance's Motion for Summary Judgment was served electronically on:

Frank A. Pfiffner
Hughes Baumann Pfiffner Gorski & Seeforf, LLC
550 W. 7th Avenue, Suite 1100
Anchorage, AK 99501-3563
FAP@hbplaw.net

Mike Geraghty
DeLisio, Moran, Geraghty and Zobel, PC
943 W. Sixth Avenue
Anchorage, AK 99501
mgeraghty@dmgz.com

James D. Gilmore
Gilmore & Doherty, PC
1029 W Third Avenue, Suite 500
Anchorage, AK 99501
jgilmore@gilmoreanddoherty.com

 /s/ Donna J. McCready

P:\Clients\10198\Pleadings - Federal\ORDER-Sur Reply.doc

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

*[PROPOSED] ORDER FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY TO PLAINTIFFS'
OPPOSITION TO MEDIVANCE'S MOTION FOR SUMMARY JUDGMENT*
*Klemmer v. Providence et al.;* Case No. 3:05-CV-294-RRB                                Page 2 of 2