Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant
Medivance, Inc.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>    Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br>3:05-cv-00294-RRB |

**OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MEDIVANCE'S MOTION FOR SUMMARY JUDGMENT**

   Plaintiffs' statement that a new issue was raised in Medivance's Reply which was

not previously presented to the court is blatantly false.   Medivance filed a motion for

*Klemmer v. Providence, et al.*
Case No.:  3:05-cv-294-RRB
Opposition to Plaintiff's Motion for Leave to File Sur-Reply
(8983-1/244942)

summary judgment based on the statute of limitations on February 28, 2006.  On page

three of that motion, Medivance specifically calls the court's and the plaintiffs' attention

to the fact that permission was not granted to file an amended complaint adding new

parties until November 16, 2005. On page seven of its motion, Medivance argues that the

plaintiffs' "waited until after the two year limitation period had lapsed before seeking

***and obtaining permission*** from the court to add Medivance to this action."  (emphasis

added).

In their Opposition to Medivance's motion for summary judgment, the plaintiffs

address the dispute over discovery of the injury, i.e., whether Mr. Klemmer learned of the

injury on the 13th or 14th of November, 2003.   The plaintiffs completely ignored

Medivance's assertion that they had to seek permission in order to file an amended

complaint.   This mistake was the plaintiffs' and not Medivance's.   USDC Alaska Local

Rule 7.1(d) specifically provides that "[f]ailure to include proper materials in support of,

or in opposition to, a motion as required by this rule subjects the motion to summary

ruling by the court."  Plaintiffs are only now attempting to supplement in order to provide

a response to the argument that they did not have permission to file an amended

complaint before November 16, 2003.  If they had an argument, such argument should

have been made in their Opposition, in order to address *all* the factual and legal

arguments of Medivance presented in its initial motion.


*Klemmer v. Providence, et al.*
Case No.:  3:05-cv-294-RRB
Opposition to Plaintiff's Motion for Leave to File Sur-Reply
(8983-1/244942)

Typically a party will be permitted to file sur-replies only where new arguments are raised by the motioning party. As demonstrated above, Medivance simply pointed out in its Reply that the Klemmers failed to address the "permission" issue. Allowing a sur-reply rewards plaintiffs' error by giving them additional space to make their arguments, and penalizes Medivance by providing the plaintiffs an extra bite at the apple. Medivance respectfully requests that the court not give the plaintiffs yet another chance to explain their dilatory conduct. Summary judgment is appropriate under the statute of limitations, and nothing plaintiffs could say would change the date the injury was discovered or the date permission was granted by the court to file the amended complaint.

DATED at Anchorage, Alaska, this 31st day of March, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant
Medivance, Inc.

By:    s/ Frank A. Pfiffner
       Frank A. Pfiffner
       3900 C Street, Suite 1001
       Anchorage, Alaska 99503
       Telephone Number:(907) 263-8241
       Facsimile Number:(907) 263-8320
       FAP@hbplaw.net
       ABA No. 7505032

*Klemmer v. Providence, et al.*
Case No.: 3:05-cv-294-RRB
Opposition to Plaintiff's Motion for Leave to File Sur-Reply
(8983-1/244942)

Certificate of Service

I hereby certify that on the 31st day of March, 2006, a copy of the foregoing Opposition to Plaintiffs' Motion for Leave to File Sur-Reply was served electronically on:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501


s/ Frank A. Pfiffner

*Klemmer v. Providence, et al.*
Case No.:  3:05-cv-294-RRB
Opposition to Plaintiff's Motion for Leave to File Sur-Reply
(8983-1/244942)