Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant
Medivance, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER, <br><br>           Plaintiffs, <br><br>vs. <br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC. <br><br>           Defendants. | <br><br><br><br><br><br><br><br><br><br>3:05-cv-00294-RRB |

**PROPOSED ORDER DENYING LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY TO PLAINTIIFF'S OPPOSITION TO MEDIVANCE'S MOTION FOR SUMMARY JUDGMENT**

*Klemmer v. Providence, et al.*
Case No.: 3:05-cv-294-RRB
Proposed Order
(8983-1/244943)

Plaintiffs, having moved this Court for leave to file their Sur-Reply to Defendant's Reply to Plaintiffs' Opposition to Medivance's Motion for Summary Judgment, and

Defendant Medivance, Inc. having provided opposition thereto, and

Being fully informed regarding the issues set forth in the pleadings of the parties,

IT IS HEREBY ORDERE THAT THE MOTION FOR LEAVE TO FILE SUR-REPLY IS DENIED.


DATED: _____          _____
                                    RALPH R. BEISTLINE,
                                    U.S. District Judge


*Klemmer v. Providence, et al.*
Case No.: 3:05-cv-294-RRB
Proposed Order
(8983-1/244943)

## Certificate of Service

      I hereby certify that on the 31st day of March, 2006, a copy of the foregoing [Proposed] Order was served electronically on:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501


s/ Frank A. Pfiffner

*Klemmer v. Providence, et al.*
Case No.: 3:05-cv-294-RRB
Proposed Order
(8983-1/244943)