**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>SHAWN KLEMMER, et al.</u>   v.   <u>PROVIDENCE HEALTH SYSTEM -WASHINGTON,</u>
<u>d/b/a PROVIDENCE ALASKA MEDICAL</u>
<u>CENTER, et al.</u>

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                CASE NO.  <u>3:05-cv-00294-RRB</u>

<u>Elisa Singleton</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: April 4, 2006

      Judge Ralph R. Beistline hereby recuses himself from the above-referenced case.  Pursuant to the system of random case assignments, this action is reassigned to Judge Timothy M. Burgess for all further proceedings.  Please use the following case number on all future filings: 3:05-cv-00294-TMB.

[]{IQ1.WPD*Rev.12/96}