Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant
Medivance, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>            Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.<br><br>            Defendants. | 3:05-cv-00294-TMB |

**PROPOSED ORDER GRANTING**
<u>**MOTION FOR RECONSIDERATION**</u>

*Klemmer v. Providence, et al.*
Case No.: 3:05-cv-00294-TMB
Proposed Order
(8983-1/246103)

Having reviewed Defendant Medivance, Inc.'s Motion for Reconsideration, and any oppositions and being otherwise fully advised in the premises,

IT IS SO ORDERED, that Medivance, Inc.'s Motion for Reconsideration is granted.

DATED this _____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Court Judge

Certificate of Service

I hereby certify that on the 1st day of May, 2006, a copy of the foregoing [Proposed] Order was served electronically on:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501


s/ Frank A. Pfiffner

*Klemmer v. Providence, et al.*
Case No.: 3:05-cv-00294-TMB
Proposed Order
(8983-1/246103)