# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Klemmer, et al. v. Providence Health System-Washington, et al.*

Case No. 3:05-cv-0294-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:    ORDER FROM CHAMBERS

  Defendant Medivance moves for reconsideration of the Court's April 25, 2006, order denying summary judgment. The Court has reviewed the motion and authorities cited therein and concludes that reconsideration is not warranted.

  **IT IS THEREFORE ORDERED:**
The motion for reconsideration at **Docket No. 31** is **DENIED**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  <u>May 1, 2006</u>