Donna J. McCready
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK  99501
Phone:  (907) 276-4331
Facsimile:  (907) 277-8235

Attorneys for Shawn and Stephanie Klemmer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>       Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM-WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.,<br><br>       Defendants. | Case No. 3:05-CV-294-TMB |

**JOINT CASE REPORT TO THE COURT**

In response to the court's order dated April 25, 2006, the parties join in filing this report to the Court.

The above captioned case was removed to Federal District Court on December 16, 2005 and is in the very beginning stages of discovery.  Initial and supplemental

disclosures have been exchanged, however, further discovery and depositions need to be undertaken by the parties (unless the parties are able to settle the case). Under the January 25, 2006 Pretrial Order, expert disclosures are to take place September 1 and 15th, 2006, final witness lists are due November 13, 2006 and discovery closes on December 15, 2006.

The parties are exploring early settlement and will let the Court know if they need assistance in accomplishing settlement.

                                      ASHBURN & MASON, P.C.
                                      Attorneys for Plaintiff

DATED:   5/11/06              /s/   Donna J. McCready
                                      1130 West Sixth Avenue, Suite 100
                                      Anchorage, Alaska 99501
                                      Phone: (907) 276-4331
                                      Fax: (907) 277-8235
                                      E-mail: djm@anchorlaw.com
                                      Alaska Bar No. 9101003

                                      GILMORE & DOHERTY, P.C.
                                      Attorneys for Defendant Providence Health Care
                                        System Washington d/b/a Providence Alaska
                                        Medical Center

DATED:   5/11/06              /s/   James D. Gilmore
                                          1029 W. 3rd Avenue, Suite 500
                                      Anchorage, AK 99501
                                      Phone: (907) 279-4506
                                      Fax: (907) 279-4507
                                      E-Mail: jgilmore@gilmoreanddoherty.com
                                      Alaska Bar No. 6702007

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

|  |  |
|---|---|
|  | DELISIO, MORAN, GERAGHTY AND ZOBEL, PC |
|  | Attorneys for Defendant Kimberly-Clark Corporation |
| DATED:   5/11/06 | /s/   Michael C. Geraghty |
|  | 943 W. 6th Avenue |
|  | Anchorage, AK 99501 |
|  | Phone: (907) 279-9574 |
|  | Fax: (907) 276-4231 |
|  | E-mail: mgeraghty@dmgz.com |
|  | Alaska Bar No. 7811097 |
|  |  |
|  | HUGHES BAUMAN PFIFFNER GORSKI & SEEFORF, LLC |
|  | Attorneys for Defendant Medivance, Inc. |
| DATED:   5/11/06 | /s/   Frank A. Pfiffner |
|  | 3900 C Street, Suite 1001 |
|  | Anchorage, AK 99503 |
|  | Phone: (907) 263-8241 |
|  | Fax: (907) 263-8320 |
|  | E-mail: FAP@hbplaw.net |
|  | Alaska Bar No. 7505032 |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2006, a copy of the foregoing Joint Case Report to the Court was served electronically on:

   Frank A. Pfiffner
   Michael Geraghty
   James D. Gilmore

/s/ Donna J. McCready

P:\Clients\10198\Pleadings - Federal\Joint Report 060509.doc

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

JOINT CASE REPORT TO THE COURT
*Klemmer v. Providence et al.;* Case No. 3:05-CV-294-RRB                                                Page 3 of 3