Donna J. McCready
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK  99501
Phone:  (907) 276-4331
Facsimile:  (907) 277-8235

Attorneys for Shawn and Stephanie Klemmer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>           Plaintiffs,<br><br>    vs.<br><br>PROVIDENCE HEALTH SYSTEM-WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.,<br><br>           Defendants. | Case No. 3:05-CV-294-TMB |

## **JOINT STATUS REPORT**

Pursuant to the court's order dated May 9, 2006, the parties have conferred and hereby provide the court with a joint status report submitted by plaintiff's counsel.

**A.     Nature of the Case.**

1.    <u>Lead Counsel</u>.  Plaintiff's lead counsel is Donna J. McCready, Ashburn & Mason, P.C., 1130 West 6th Avenue, Suite 100, Anchorage, AK 99501-5914.  The lead counsel for defendant Providence Health System is James D. Gilmore, Gilmore & Doherty, 1029 W. Third Avenue, Suite 500, Anchorage, AK 99501.  The lead counsel for defendant Kimberly-Clark Corp. is Michael C. Geraghty, DeLisio Moran Geraghty & Zobel, PC, 943 West 6th Avenue, Anchorage, AK 99501-2033.  The lead counsel for defendant Medivance, Inc. is Frank A. Pfiffner, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, 3900 C St., Suite 1001, Anchorage, Alaska 99503-5931.

2.    <u>Basis for Federal Jurisdiction</u>.  This action is a civil action of which this court has original jurisdiction pursuant to 28 U.S.C. § 1332 and is one which was removed to this court pursuant to the provisions of 28 U.S.C. § 1441(a) and (b).  It is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

Plaintiffs were at the time of the filing of this action, and still are, citizens of the State of Alaska.  Defendant Providence Health Systems is, and was at the time of the filing of this action, and a non-profit corporation incorporated under the laws of the State of Washington with its principal place of business in the State of Washington. Defendant Kimberly-Clark Corp. is, and was at the time of the filing of this action, a corporation incorporated under the laws of the State of Delaware, with its principal

place of business in the State of Texas.  Defendant Medivance, Inc. is, and was at the time of the filing of this action, a corporation incorporated under the laws of the State of Delaware, with its principal place of business in the State of Colorado.

3.   Nature of the Claim Asserted.  Plaintiffs have asserted a negligence claim against defendant Providence Health Systems for injuries sustained by Shawn Klemmer during surgery at Providence Hospital in Anchorage on November 13, 2003. Plaintiff Stephanie Klemmer has a loss of consortium claims.  Plaintiffs have asserted products liability claims against Defendants Kimberly-Clark Corp. and Medivance, Inc. for the same injuries.

4.   Name of Any Party Not Served.  None. Defendant Medivance, Inc. is evaluating whether to file third-party claims against the physicians who performed or assisted in the Klemmer surgery.

5.   Principal Legal Issues.  The legal theories in the case are negligence and products liability.

6.   Principal Factual Issues.  The factual issues are the cause of the injury to Mr. Klemmer and whether there was negligence on the part of defendant Providence Health Systems or a product defect that caused the injury and for which defendant Kimberly-Clark Corp. and/or Medivance, Inc. are responsible.

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

**B. Discovery.**

1. <u>Completed Discovery and Any Remaining Discovery</u>. Discovery is just starting. The parties have exchanged initial disclosures and plaintiffs have responded to discovery requests from defendant Medivance, Inc. There have been no depositions taken in this case after defendants Kimberly-Clark Corp. and Medivance, Inc. were added as parties. The parties anticipate depositions of medical personnel involved in the surgery, IMEs of plaintiff Shawn Klemmer and depositions of any IME physicians, and depositions of relevant Kimberly-Clark Corp. and Medivance, Inc. personnel as well as deposition of Mr. Klemmer's treating physicians.

2. <u>Pending Motions and Anticipated Motions</u>. None.

3. <u>Previously Entered Rulings on Substantive Issues</u>. The court has denied Medivance, Inc.'s motion for summary judgment based on the statute of limitations.

4. <u>Previously Filed Status Reports</u>. The parties filed a scheduling and planning conference report on January 24, 2006 and a Joint Case Report to the Court on May 11, 2006.

**C. Trial.**

1. <u>Anticipated Trial Length and Jury Demand</u>. In its January 25, 2006, scheduling and planning order that court established that the case would be a six day jury trial.

**D.    Settlement.**

1.    <u>Status of Any Settlement Discussions</u>.    There have been initial settlement discussions.  The parties anticipate trying to schedule an early mediation.  The parties do not request a settlement conference.

|  |  |
|---|---|
|  | ASHBURN & MASON, P.C.<br>Attorneys for Plaintiff |
| DATED:   5/23/06 | /s/   Donna J. McCready<br>1130 West Sixth Avenue, Suite 100<br>Anchorage, Alaska 99501<br>Phone: (907) 276-4331<br>Fax: (907) 277-8235<br>E-mail: djm@anchorlaw.com<br>Alaska Bar No. 9101003 |
|  | GILMORE & DOHERTY, P.C.<br>Attorneys for Defendant Providence Health Care<br>  System Washington d/b/a Providence Alaska<br>  Medical Center |
| DATED:   5/23/06 | /s/   James D. Gilmore<br>1029 W. 3rd Avenue, Suite 500<br>Anchorage, AK 99501<br>Phone: (907) 279-4506<br>Fax: (907) 279-4507<br>E-Mail: jgilmore@gilmoreanddoherty.com<br>Alaska Bar No. 6702007 |
|  | DELISIO, MORAN, GERAGHTY AND<br>  ZOBEL, PC<br>Attorneys for Defendant Kimberly-Clark<br>  Corporation |
| DATED:   5/23/06 | /s/   Michael C. Geraghty<br>943 W. 6th Avenue<br>Anchorage, AK 99501<br>Phone: (907) 279-9574 |

JOINT STATUS REPORT
*Klemmer v. Providence et al.;* Case No. 3:05-CV-294-TMB                                                                 Page 5 of 6

                                              Fax: (907) 276-4231
                                              E-mail: mgeraghty@dmgz.com
                                              Alaska Bar No. 7811097

                                              HUGHES BAUMAN PFIFFNER GORSKI
                                                 & SEEFORF, LLC
                                              Attorneys for Defendant Medivance, Inc.

DATED:    5/23/06                   /s/   Frank A. Pfiffner
                                              3900 C Street, Suite 1001
                                              Anchorage, AK 99503
                                              Phone: (907) 263-8241
                                              Fax: (907) 263-8320
                                              E-mail: FAP@hbplaw.net
                                              Alaska Bar No. 7505032

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2006, a copy of the foregoing Joint Status Report was served electronically on:

    Frank A. Pfiffner
    Michael Geraghty
    James D. Gilmore

/s/ Donna J. McCready

P:\Clients\10198\Pleadings - Federal\Joint Status Report 060523.doc

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

JOINT STATUS REPORT
*Klemmer v. Providence et al.;* Case No. 3:05-CV-294-TMB        Page 6 of 6