Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number:   (907) 263-8241
Facsimile Number:   (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant
Medivance, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER, <br><br> Plaintiffs, <br><br> vs. <br><br> PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC. <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br> 3:05-cv-00294-TMB |

## **STIPULATION TO EXTEND DEFENDANTS' EXPERT DEADLINES**

Come now the parties, by and through their counsels of record, and hereby agree to amend and change the following deadlines contained in the Scheduling and Planning Order (document no. 12):

1.    Plaintiffs' expert witness list and expert reports shall be due on November 13, 2006.

2.    Defendants' expert witness list and expert reports shall be due on December 13, 2006.

DATED at Anchorage, Alaska, this 6th day of July, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant
Medivance, Inc.


By:    s/ Frank A. Pfiffner
       Frank A. Pfiffner
       3900 C Street, Suite 1001
       Anchorage, Alaska  99503
       Telephone Number:(907) 263-8241
       Facsimile Number:(907) 263-8320
       FAP@hbplaw.net
       ABA No. 7505032

*Klemmer v. Providence, et al.*
Stipulation to Extend Defendants' Expert Deadlines
Case No.:  3:05-cv-00294-TMB
(8983-1/248642)

DATED at Anchorage, Alaska, this 6th day of July, 2006.

ASHBURN & MASON, P.C.
Attorneys for Plaintiffs
Shawn and Stephanie Klemmer.


By:     s/ Donna J. McCready
   Donna J. McCready
   Ashburn & Mason, P.C.
   1130 West 6th Avenue, Suite 100
   Anchorage, AK 99501-5914
   Telephone:  (907) 276-4331
   Facsimile: (907) 277-8235
   E-Mail: djm@anchorlaw.com
   Alaska Bar No. 9101003


DATED at Anchorage, Alaska, this 6th day of July, 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Providence
Health Care System d/b/a Providence
Alaska Medical Center


By:     s/ James D. Gilmore
   James D. Gilmore
   Clapp, Peterson, Van Flain,
   Tiemessen & Thorsness, LLC
   711 H Street Suite 620
   Anchorage, AK 99501
   Telephone:  (907) 272-9272
   Facsimile: (907) 272-9586
   E-Mail: jgilmore@olypen.com
   Alaska Bar No. 6702007

DATED at Anchorage, Alaska, this 6th day of July, 2006.

> DELISIO, MORAN, GERAGHTY AND
> ZOBEL, PC
> Attorneys for Defendant Kimberly-Clark
> Corporation
>
>
> By:    s/ Michael C. Geraghty
>       Michael C. Geraghty
>       DeLisio Moran Geraghty & Zobel,
>       PC
>       943 W. 6th Avenue
>       Anchorage, AK  99501-2033
>       Telephone:  (907) 279-9574
>       Facsimile: (907) 276-4231
>       E-Mail: mgeraghty@dhgz.com
>       Alaska Bar No. 7811097

*Klemmer v. Providence, et al.*
Stipulation to Extend Defendants' Expert Deadlines
Case No.:  3:05-cv-00294-TMB
(8983-1/248642)

Certificate of Service

I hereby certify that on the 6th day of July, 2006, a copy of the foregoing Stipulation to Extend Defendants' Expert Deadlines was served electronically on:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501


s/ Frank A. Pfiffner


*Klemmer v. Providence, et al.*
Stipulation to Extend Defendants' Expert Deadlines
Case No.:  3:05-cv-00294-TMB
(8983-1/248642)