Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant
Medivance, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>             Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.<br><br>             Defendants. | <br><br><br><br><br><br><br><br><br><br>3:05-cv-00294-TMB |

**PROPOSED ORDER APPROVING STIPULATION TO EXTEND DEFENDANTS' EXPERT DEADLINES**

*Klemmer v. Providence, et al.*
Proposed Order Approving Stipulation to Extend Defendants' Expert Deadlines
Case No.:  3:05-cv-00294-TMB
(8983-1/248648)

Having reviewed the July 6, 2006, stipulation of the parties staggering various deadlines in the Scheduling and Planning Order dated January 25, 2006, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that the Stipulation to Extend Defendants' Expert Deadlines is hereby approved. The following dates are in effect:

November 13, 2006 – Plaintiffs' expert witness list and expert reports due

December 13, 2006 – Defendants' expert witness list and expert reports due

DATED: _____      _____
                                  Timothy R. Burgess, U.S. District Judge

*Klemmer v. Providence, et al.*
Proposed Order Approving Stipulation to Extend Defendants' Expert Deadlines
Case No.: 3:05-cv-00294-TMB
(8983-1/248648)

Page 2 of 3

Certificate of Service

I hereby certify that on the 6th day of July, 2006, a copy of the foregoing Proposed Order Approving Stipulation to Extend Defendants' Expert Deadlines was served electronically on:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501


s/ Frank A. Pfiffner

*Klemmer v. Providence, et al.*
Proposed Order Approving Stipulation to Extend Defendants' Expert Deadlines
Case No.: 3:05-cv-00294-TMB
(8983-1/248648)