James D. Gilmore
Gilmore & Doherty, P.C.
1029 W. 3rd Avenue, Suite 500
Anchorage, Alaska 99501-1982
Phone: (907) 279-4506
Facsimile: (907) 279-4507

Attorneys for Defendant
Providence Health Care System Washington
d/b/a Providence Alaska Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER, </br></br> Plaintiffs, </br></br> vs. </br></br> PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC., </br></br> Defendants. | Case No. 3:05-CV-294-RRB |

**NOTICE OF SUBSTITUTION OF COUNSEL**

COMES NOW the law firm of Gilmore & Doherty, P.C. and gives notice that James D. Gilmore, Esq., now of counsel to Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, shall substitute as counsel of record for defendant PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER in lieu of Gilmore &

Doherty, P.C.  All further pleadings and contact for said defendant should be served on Mr. Gilmore, at the firm of Clapp, Peterson.  The address for service is set forth here:

James D. Gilmore, Esq.
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454

DATED this ____ day of July, 2006, at Anchorage, Alaska.

GILMORE & DOHERTY, P.C.
Counsel for Defendant, Providence Health System – Washington d/b/a Providence Alaska Medical Center

/s/ James D. Gilmore_____
1029 W. 3rd Ave., Suite 500
Anchorage, AK 99501
Phone: (907) 279-4506
Fax: (907) 279-4507
E-mail: jgilmore@gilmoreanddoherty.com
Alaska Bar No. 6702007

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that on this 8th day of July, 2006, a true and correct copy of the foregoing was served electronically on:

Donna J. McCready, Esq.
Ashburn & Mason, P.C.
1130 W. 6th Avenue, Suite 100
Anchorage, Alaska 99501-5914

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503-5931

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 W. 6th Ave.
Anchorage, Alaska 99501-2033

   GILMORE & DOHERTY

/s/ James D. Gilmore_____