James D. Gilmore
Gilmore & Doherty, P.C.
1029 W. 3rd Avenue, Suite 500
Anchorage, Alaska 99501-1982
Phone: (907) 279-4506
Facsimile: (907) 279-4507

Attorneys for Defendant
Providence Health Care System Washington
d/b/a Providence Alaska Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,  Plaintiffs,  vs.  PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.,  Defendants. | Case No. 3:05-CV-294-RRB |

## (PROPOSED) ORDER GRANTING SUBSTITUTION OF COUNSEL

The Court, having reviewed the Notice of Substitution of Counsel, now ORDERS that

James D. Gilmore, Esq., of counsel to Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC,

shall substitute as counsel of record for defendant Providence Health System-Washington, d/b/a

Providence Alaska Medical Center, in lieu of Gilmore & Doherty, P.C. All further pleadings and

correspondence directed to said defendant should be served on the firm of Clapp, Peterson. The address for service is:

James D. Gilmore, Esq.
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that on this 8th day of
July, 2006, a true and correct copy of
the foregoing was served electronically on:

Donna J. McCready, Esq.
Ashburn & Mason, P.C.
1130 W. 6th Avenue, Suite 100
Anchorage, Alaska 99501-5914

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503-5931

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 W. 6th Ave.
Anchorage, Alaska 99501-2033

GILMORE & DOHERTY

/s/ James D. Gilmore_____