Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Shawn and Stephanie Klemmer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>       Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM-WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.,<br><br>       Defendants. | Case No.:   3:05-CV-294-TMB<br><br>**NOTICE OF CHANGE OF ADDRESS** |

    Ashburn & Mason, P.C., counsel for Shawn and Stephanie Klemmer, has moved its offices.  The new address as of October 23, 2006 is:

        1227 W. Ninth Avenue, Suite 200
        Anchorage, Alaska 99501

        Telephone and fax numbers remain the same.

|  |  |
|---|---|
|  | ASHBURN & MASON, P.C.<br>Attorneys for Plaintiff |
| DATED:  10/27/06 | /s/   Donna J. McCready<br>1227 West 9th Avenue, Suite 200<br>Anchorage, Alaska 99501<br>Phone: (907) 276-4331<br>Fax: (907) 277-8235<br>E-mail: djm@anchorlaw.com<br>Alaska Bar No. 9101003 |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2006, a copy of the foregoing Notice of Change of Address was served electronically on

Steven S. Tervooren
Mike Geraghty
James D. Gilmore

 /s/ Donna J. McCready

P:\Clients\10198\Pleadings - Federal\Notice of Change of Address.doc

NOTICE OF CHANGE OF ADDRESS
*Klemmer v. Providence Health System et al.*, Case No. 3:05-CV-294-TMB