Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Shawn and Stephanie Klemmer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER, <br><br> Plaintiffs, <br><br> vs. <br><br> PROVIDENCE HEALTH SYSTEM-WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC., <br><br> Defendants. | Case No.: 3:05-CV-294-TMB <br><br> **STIPULATION FOR EXTENSION OF TIME** |

COME NOW the parties and hereby stipulate and agree to extend the deadlines for expert disclosures by 30 days to allow the parties to explore the possibility of settlement. Therefore the deadline for Plaintiff's expert disclosures will be December 13, 2006 and the deadline for Defendants' expert disclosures is January 12, 2007.

|  |  |
|---|---|
|  | ASHBURN & MASON, P.C.<br>Attorneys for Plaintiff |
| DATED:  10/30/2006 | /s/   Donna J. McCready<br>1227 West 9th Avenue, Suite 200<br>Anchorage, Alaska 99501<br>Phone: (907) 276-4331<br>Fax: (907) 277-8235<br>E-mail: djm@anchorlaw.com<br>Alaska Bar No. 9101003 |
|  | CLAPP PETERSON VAN FLEIN<br>  TIEMESSEN & THORSNESS, LLC<br>Attorneys for Defendant Providence Health<br>  Care System Washington d/b/a Providence<br>  Alaska Medical Center |
| DATED:    10/30/2006 | /s/   James D. Gilmore (consent)<br>711 H Street, Suite 620<br>Anchorage, AK 99501<br>Phone: (907) 272-9508<br>Fax: (907) 272-9586<br>E-Mail: jdg@cplawak.com<br>Alaska Bar No. 6702007 |
|  | DELISIO, MORAN, GERAGHTY AND<br>  ZOBEL, PC<br>Attorneys for Defendant Kimberly-Clark<br>  Corporation |
| DATED:   10/30/2006 | /s/   Michael C. Geraghty  (consent)<br>943 W. 6th Avenue<br>Anchorage, AK 99501<br>Phone: (907) 279-9574<br>Fax: (907) 276-4231<br>E-mail: mgeraghty@dmgz.com<br>Alaska Bar No. 7811097 |

**STIPULATION FOR EXTENSION OF TIME**
*Klemmer v. Providence et al.,* Case No. 3:05-CV-294-TMB                                                                                 Page 2 of 3

                                          HUGHES BAUMAN PFIFFNER GORSKI & SEEFORF, LLC
                                          Attorneys for Defendant Medivance, Inc.

DATED:     10/30/2006          /s/   Frank A. Pfiffner  (consent)
                                          3900 C Street, Suite 1001
                                          Anchorage, AK 99503
                                          Phone: (907) 263-8241
                                          Fax: (907) 263-8320
                                          E-mail: FAP@hbplaw.net
                                          Alaska Bar No. 7505032

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2006, a copy of the foregoing Stipulation for Extension of Time was served electronically on:

Steven S. Tervooren                                        Mike Geraghty
Hughes Bauman Pfiffner Gorski & Seedorf, LLC        DeLisio, Moran, Geraghty and Zobel, PC
3900 C Street, Suite 1001                                943 W. Sixth Avenue
Anchorage, AK 99503                                    Anchorage, AK 99501

James D. Gilmore
Clapp Peterson Van Flein Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454

 /s/ Donna J. McCready

P:\Clients\10198\Pleadings - Federal\Stipulation for Extension 061030.doc