Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Shawn and Stephanie Klemmer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER, | ) Case No.: 3:05-CV-294-TMB |
| Plaintiffs, | ) |
| vs. | ) |
| PROVIDENCE HEALTH SYSTEM-WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC., | ) **ORDER** |
| Defendants. | ) |

The parties, by and through their respective attorneys, stipulated to extend the deadline for expert disclosures such that Plaintiff's expert disclosures will be due on December 13, 2006 and Defendants' expert disclosures will be due on January 12, 2007.

IT IS HEREBY ORDERED that the stipulation is accepted.

DATED: _____    _____
RALPH R. BEISTLINE, U.S. District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2006, a copy of the foregoing Order regarding Stipulation for Extension of Time was served electronically on Frank Pfiffner, Mike Geraghty and James D. Gilmore.

/s/ Donna J. McCready

P:\Clients\10198\Pleadings - Federal\Stipulation for Extension-Order 061030.doc