Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number:   (907) 263-8241
Facsimile Number:   (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant
Medivance, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>               Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.<br><br>               Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>3:05-cv-00294-TMB |

**STIPULATION TO EXTEND FINAL WITNESS LIST**

*Klemmer v. Providence, et al.*
Stipulation to Extend Final Witness List
Case No.: 3:05-cv-00294-TMB
(8983-1/253385)

Come now the parties, by and through their counsels of record, and hereby agree to amend and change the following deadlines contained in the Scheduling and Planning Order (document no. 12):

1. Plaintiffs' final witness list shall be due on December 13, 2006.

2. Defendants' final witness list shall be due on January 12, 2007.

DATED at Anchorage, Alaska, this 13th day of November, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant
Medivance, Inc.

By:   s/ Frank A. Pfiffner
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, Alaska  99503
      Telephone Number:(907) 263-8241
      Facsimile Number:(907) 263-8320
      FAP@hbplaw.net
      ABA No. 7505032

DATED at Anchorage, Alaska, this 13th day of November, 2006.

        ASHBURN & MASON, P.C.
        Attorneys for Plaintiffs
        Shawn and Stephanie Klemmer.


By:   s/ Donna J. McCready (consent)
       Donna J. McCready
       Ashburn & Mason, P.C.
       1130 West 6th Avenue, Suite 100
       Anchorage, AK 99501-5914
       Telephone: (907) 276-4331
       Facsimile: (907) 277-8235
       E-Mail: djm@anchorlaw.com
       Alaska Bar No. 9101003


DATED at Anchorage, Alaska, this 13th day of November, 2006.

        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORSNESS, LLC
        Attorneys for Defendant Providence
        Health Care System d/b/a Providence
        Alaska Medical Center


By:   s/ James D. Gilmore (consent)
       James D. Gilmore
       Clapp, Peterson, Van Flain,
       Tiemessen & Thorsness, LLC
       711 H Street Suite 620
       Anchorage, AK 99501
       Telephone: (907) 272-9272
       Facsimile: (907) 272-9586
       E-Mail: jgilmore@olypen.com
       Alaska Bar No. 6702007

DATED at Anchorage, Alaska, this 13th day of November, 2006.

        DELISIO, MORAN, GERAGHTY AND ZOBEL, PC
        Attorneys for Defendant Kimberly-Clark Corporation

        By:   s/ Michael C. Geraghty (consent)
              Michael C. Geraghty
              DeLisio Moran Geraghty & Zobel, PC
              943 W. 6th Avenue
              Anchorage, AK  99501-2033
              Telephone:  (907) 279-9574
              Facsimile: (907) 276-4231
              E-Mail: mgeraghty@dhgz.com
              Alaska Bar No. 7811097

Certificate of Service

      I hereby certify that on the 13th day of November, 2006, a copy of the foregoing Stipulation to Extend Final Witness List was served electronically on:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501


s/ Frank A. Pfiffner

*Klemmer v. Providence, et al.*
Stipulation to Extend Final Witness List
Case No.:  3:05-cv-00294-TMB
(8983-1/253385)