Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant
Medivance, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER,<br><br>     Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH SYSTEM - WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC.<br><br>     Defendants. | 3:05-cv-00294-TMB |

**PROPOSED ORDER APPROVING STIPULATION
TO EXTEND FINAL WITNESS LIST**

*Klemmer v. Providence, et al.*
Proposed Order Approving Stipulation to Extend Final Witness List
Case No.:  3:05-cv-00294-TMB
(8983-1/253412)

Having reviewed the November 13, 2006, stipulation of the parties to extend the final witness list, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that the Stipulation to Extend Final Witness List is hereby approved. The following dates are in effect:

December 13, 2006 – Plaintiffs' final witness list is due.

January 12, 2007 – Defendants' final witness list is due.

DATED: _____     _____
                                              Timothy R. Burgess, U.S. District Judge

*Klemmer v. Providence, et al.*
Proposed Order Approving Stipulation to Extend Final Witness List
Case No.: 3:05-cv-00294-TMB
(8983-1/253412)

## Certificate of Service

I hereby certify that on the 13th day of November, 2006, a copy of the foregoing Proposed Order Approving Stipulation to Extend Final Witness List was served electronically on:

Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, AK 99501-5914

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 West 6th Avenue
Anchorage, AK 99501-2033

James D. Gilmore
Gilmore & Doherty
1029 W. Third Avenue, Suite 500
Anchorage, AK 99501


s/ Frank A. Pfiffner


*Klemmer v. Providence, et al.*
Proposed Order Approving Stipulation to Extend Final Witness List
Case No.:  3:05-cv-00294-TMB
(8983-1/253412)