Donna J. McCready
Ashburn & Mason, P.C.
1227 West Ninth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8235

Attorneys for Shawn and Stephanie Klemmer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SHAWN KLEMMER and STEPHANIE KLEMMER, <br><br> Plaintiffs, <br><br> vs. <br><br> PROVIDENCE HEALTH SYSTEM-WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER; KIMBERLY-CLARK CORPORATION, and MEDIVANCE, INC., <br><br> Defendants. | Case No. 3:05-CV-294-TMB <br><br> **STIPULATION FOR DISMISSAL** |

The parties, by and through their respective counsel, agree that the claims brought by plaintiffs in this case against defendants shall be dismissed with prejudice under Federal Rules of Civil Procedure 41(a)(1)(ii). All parties agree to bear their own costs and attorney's fees, as the issues presented in this action have been fully compromised and settled between the parties and there are no further issues to be

presented to the court for determination.

                        ASHBURN & MASON, P.C.
                        Attorneys for Plaintiff

DATED: 1/10/2007       /s/ Donna J. McCready
                        E-mail: djm@anchorlaw.com
                        Alaska Bar No. 9101003

                        CLAPP PETERSON VAN FLEIN
                         TIEMESSEN & THORSNESS, LLC
                        Attorneys for Defendant Providence Health
                         Care System Washington d/b/a Providence
                        Alaska Medical Center

DATED: 1/10/2007       /s/ James D. Gilmore (consent)
                        E-Mail: jgilmore@olypen.com
                        Alaska Bar No. 6702007

                        DELISIO, MORAN, GERAGHTY AND
                         ZOBEL, PC
                        Attorneys for Defendant Kimberly-Clark
                        Corporation

DATED: 1/10/2007       /s/ Michael C. Geraghty (consent)
                        E-mail: mgeraghty@dmgz.com
                        Alaska Bar No. 7811097

                        HUGHES BAUMAN PFIFFNER GORSKI
                         & SEEFORF, LLC
                        Attorneys for Defendant Medivance, Inc.

DATED: 1/10/2007       /s/ Frank A. Pfiffner (consent)
                        E-mail: FAP@hbplaw.net
                        Alaska Bar No. 7505032

`
P:\Clients\10198\Pleadings - Federal\Stipulation for Dismissal.doc